UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:  )
Richard J. Klarchek  )
  )  Case No. 10-44866
Debtor(s).  )

### FINAL PRETRIAL ORDER GOVERNING THE MOTION OF TCF NATIONAL BANK FOR APPOINTMENT OF CHAPTER 11 TRUSTEE

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare and file with the court on or before **January 24, 2012**, a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts which are in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds;
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

On or before **January 24, 2012**, each party will provide all other parties a copy, and shall submit to chambers, **two** copies, of all exhibits to be used at trial. Each exhibit will be pre-marked, e.g., "Plaintiff's Exhibit 1." In addition, if the hard copies of a party's exhibits submitted chambers exceed two 3-inch ring binders, the party must also submit the exhibits to chambers on a CD-ROM, in pdf format, with each exhibit as a separate document, and with bookmarks for major divisions and for any attachments to the exhibit. Two copies of each CD-ROM must be submitted, and each shall be labeled with the name of the case and the party on whose behalf it is submitted. Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial. Exhibits that do not appear on a party's list of exhibits will not be received in evidence.

Trial is set for **January 31, 2012 at 1:30 p.m., February 1, 2012 at 1:30 p.m. And February 2, 2012 at 3:30 p.m. in courtroom 642** of the United States Courthouse, 219 S. Dearborn St., Chicago, IL. An attorney who is a member of the trial bar under the provisions of Rule 2090-1(B) of the local Bankruptcy Rules of this Court shall participate in the trial.

ENTER:

_____
Judge

Dated: 1-11-12

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:              )
Richard J. Klarchek )
                    )   Case No. 10-44866
      Debtor(s).    )
                    )

## CERTIFICATE OF MAILING

I, Karen Jacobs, certify that on January 11, 2012, I caused to be served on all persons listed below a copy of the final pretrial order by first class mail.

Vincent T. Borst
Richard H. Fimoff
Catherine A. Cooke
Robbins, Salomon & Patt, Ltd.
25 E. Washington St., Suite 1000
Chicago, IL 60602

Courtney E. Barr
Locke Lord LLP
111 S. Wacker Dr.
Chicago, IL 60606

Gregory K. Stern
Monica C. O'Brien
Gregory K. Stern P.C.
53 W. Jackson Blvd., Suite 1442
Chicago, IL 60604

Paul M. Bauch
Bauch & Michaels, LLC
53 W. Jackson Blvd., Suite 1115
Chicago, IL 60604

Patrick S. Layng
Office of The U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

_____
Karen Jacobs
**Courtroom Deputy**