IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| RICHARD J. KLARCHEK, | ) | Case No. 10 B 44866 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

## FINAL REPORT AND ACCOUNTING FOLLOWING CONVERSION OF CHAPTER 11 PROCEEDING

### ADMINISTRATIVE EXPENSES §507(A)(1)

| | | |
|---|---|---|
| 1. | Attorneys' Fees for Debtor in Possession | $471,278.69 |
| 2. | Accountants' Fee for Debtor in Possession | $170,758.50 |
| 3. | Other Professionals' Fees | $ 21,750.00 |
| 4. | Fees paid to the United States Trustee | $  2,850.39 |

### PAYMENTS TO CREDITORS

5. Living Expenses, Maintenance of Chicago & Wisconsin Properties     $184,185.21

### TOTAL DISTRIBUTIONS

6. Total of payments during Chapter 11     $850,822.79

### BANK ACCOUNT INFORMATION

7. Total Balance in All Accounts as of Conversion:     $152,493.20

   Debtor in Possession Accounts:
   a. Northern Trust account:     $125,548.92
   b. Delaware Place Bank account:     $0.00
   c. PNC Bank account:(pre-petition account – frozen):     $2,054.76

8. Proceeds of sale from cosigned goods being held in clients fund trust account on behalf of the Debtor and Michelle Klarchek, awaiting clearance of foreign check. Debtor's ½ of proceeds estimated to total $24,889.52.

_____
Richard J. Klarchek, Debtor

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558