## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Case No. 10bk44866** |
| **RICHARD KLARCHEK** | ) | |
| | ) | **Chapter 7** |
| | ) | |
| Debtor. | ) | **Honorable Timothy A. Barnes** |
| | ) | |

---

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO MCGUIREWOODS, LLP, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 702,255.00 | TOTAL COSTS REQUESTED: | $ 13,627.29 |
| TOTAL FEES REDUCED: | $ 76,052.98 | TOTAL COSTS REDUCED: | $ 13.00 |
| TOTAL FEES ALLOWED: | $ 626,202.03 | TOTAL COSTS ALLOWED: | $ 13,614.29 |

### TOTAL FEES AND COSTS ALLOWED: $ 639,816.32

This matter coming to be heard on the application for compensation (the "Application") of McGuireWoods, LLP ("Counsel"), counsel to Richard J. Mason, chapter 7 trustee of the estate of Richard J. Klarchek (the "Trustee"), the court, having considered the foregoing as well as the parties' arguments at the various hearings held in conjunction with the Application, and hereby orders as follows:

  I.      Except as noted below and attached, Counsel's request for compensation and reimbursement of expenses is allowed.

  II.     The attached time entries have, however, been underlined to reflect disallowance in whole or in part.

  III.    The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry.  Where time entries by Counsel are noted as not allowed under one category, that is not an indication that such time entries were sufficient in other categories of compliance.  However, so as not to doubly penalize Counsel on requested time entries, the court has determined to disallow such time for only one reason.

  IV.     The numerical notations correspond to the enumerated paragraphs below.

**(1)     Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 2,581.15**

The Court may impose a ten percent penalty on entries that appear to be "lumping."  The Court will reduce each entry marked as such per the penalty.  *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or

any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(2)     Unreasonable Travel Time – TOTAL of disallowed amounts: $ 490.00**

The Court denies the allowance in part of compensation for travel time, where compensation is sought for travel time for in-town travel. Applicant is local and should not charge for commute time from Wacker Drive to the courthouse. In fact, every other counsel, save Mr. Catanese, did not charge time for travel.

**(3)     Trustee Work Can Not Be Compensated as Professional Services – TOTAL of disallowed amounts: $ 7,788.50**

"The Trustee cannot effectively expand the maximum limits of Section 326(a) by hiring other people to perform his duties for him, whether they are paralegals, attorneys, accountants or other professional persons, and utilize the potentially unlimited scope of Section 330 as a basis for award of reasonable compensation." *Boldt v. United States Trustee (In re Jenkins)*, 130 F.3d 1335, 1341 (9th Cir. 1997) (*quoting In re Prairie Cent. Ry. Co.*, 87 B.R. 952, 959 (Bankr. N.D. Ill. 1988) (Squires, J.)).

In this case, the court did not allow the Trustee's time entries for activities that are clearly covered by the compensation that will be sought under Section 326(a) for traditional Trustee duties.

**(4)     Insufficient Description/Vague – TOTAL of disallowed amounts: $ 36,501.00[1]**

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

The court also denies requests for fees relating to services where the court cannot assess the benefit to the estate. 11 U.S.C. § 330(a)(4)(A). In this case, there were many entries regarding communications with parties but the substance of the communication was not included and the court can, therefore, not assess the benefit to the estate of the communication. Additionally, there were entries where the court could assess what was being done but could not relate the value to the estate as the entries were vague as to the relation to the estate.

**(5)     Computational or Typographical Error – TOTAL of disallowed amounts: $ 347.50**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a

---

[1]       Counsel may seek reconsideration of such amounts disallowed upon a final application of compensation. The court will reconsider compensation upon amendment of such entries to clarify the tasks performed and, thus, the benefit to the estate.

typographical error. And where there are identical entries for the same meeting by multiple attorneys, but the time entries differ, the court will reduce the entries to the lowest time sought.

**(6)    Improper Time Increments for Billing – TOTAL of disallowed amounts (10% of affected entries): $ 1,487.95**

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987) (Schmetterer, J.). This penalty will be imposed where time increments larger than one-tenth of an hour are being or appear to be used. For example, applicants who bill time using quarter-hour increments risk the ten percent penalty.

**(7)    Reimbursement Limited to Actual, Necessary Expenses – TOTAL of disallowed amounts: $ 13.00**

The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C. §§ 330(a)(1)(B) & 331. Travel from Wacker Drive, the Applicant's office to the courthouse, does not require a taxi and in-town travel for local counsel is not reimbursable. In fact, every other counsel, save Mr. Catanese, did not charge for travel expenses.

**(8)    Clerical Work Not Compensable – TOTAL of disallowed amounts: $ 1,017.00**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (*citing Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

**(9)    Unreasonable Time – TOTAL of disallowed amounts: $ 10,714.38**

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s), and the amount of time previously expended by the professional or another on the task(s). *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

One entry was treated as disallowed for time over a reasonable amount.

However, the majority of the entries affected under this category relate to discovery work done by Counsel and also done by John Pollick ("Pollick") as special counsel, for which he is also seeking compensation. Counsel's entries for this work often reflect a general statement such as "review of discovery matters and status" and are accompanied by an entry that Counsel spoke with or corresponded with the Trustee or Pollick about the same.

All parties spent a large amount of time on the same matters. This excludes the time expended in this category that was more properly sought by the Trustee as part of his statutory compensation (which has yet to be filed). The court is forced to conclude that there has been a duplication of services and that the services performed by both Counsel and Pollick is not reasonable.

The court, therefore, reduces compensation for Counsel and has reduced Pollick in his application for compensation by 25%. The court concludes that time in excess of the reduced compensation is not reasonable.

**(10)    Duplication of Services – TOTAL of disallowed amounts: $ 15,112.50**

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991) (Sonderby, J.); *In re Pettibone*, 74 B.R. at 303.

Dated:  November 14, 2014

_____
Timothy A. Barnes
United States Bankruptcy Judge

# McGuireWoods

**Richard J. Mason PC**
312.750.3527

**77 West Wacker Drive, Suite 4100**
**Chicago, Illinois 60601-1818**

June 30, 2014

The Bankruptcy Estate of Richard Klarchek
77 W. Wacker Dr.
Chicago, IL 60601

Bill Through: 03/31/14

INVOICE NO.   91666451 _____   TAX ID NO. 54-0505857 __

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Investigation of Estate, Klarchek Entities
    and Family
    Our File No.   2063989-0002

| | | |
|---|---|---|
| 07/16/12 | Draft Motion to Authorize Trustee to Act as Agent<br>    Paul J. Catanese | .50 |
| 07/23/12 | Office conference with R. Mason regarding sale of certain partnership interests and order regarding same<br>    Paul J. Catanese | .40 |
| 07/24/12 | Review and confirm deadline for commencing counterclaim actions and filing objection to discharge<br>    Paul J. Catanese | .30 |
| 08/05/12 | Draft motion to extend time to object to discharge and debtor's exemptions<br>    Paul J. Catanese | .50 |
| 08/06/12 | Revise motion to extend time to object to discharge and debtor's exemptions; draft engagement letter for accountant<br>    Paul J. Catanese | 1.30    (1) Lumping |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                    Page   2
Invoice No. 91666451                                    June 30, 2014

08/07/12   Revise motion to extend time to object to          .50
           discharge and exemption
               Paul J. Catanese

08/15/12   Travel to court and attend hearing on motion to   1.50   (2) Travel Time:
           object to discharge and exemptions and motion            Less 0.1 for in-town
           to pay retainer                                          travel, not
               Paul J. Catanese                                     compensable.

08/16/12   Conferring with lawyer for creditor regarding      .40   (3) Trustee Duties -
           status of case                                           not compensable as
               Richard J. Mason PC                                  counsel

08/16/12   Office conference with trustee regarding           .60
           various matters requiring attention and review
           memo regarding same
               Paul J. Catanese

08/27/12   Prepare for and attend extended office            1.30
           conference with Trustee related to numerous
           matters to be addressed in the case
               Paul J. Catanese

08/29/12   Reviewing memos regarding action plan in          1.50   (3) Trustee Duties -
           Klarchek (1.0); meeting with P. Catanese                 not compensable as
           regarding implementation of plan (.5)                    counsel
               Richard J. Mason PC

09/04/12   Telephone conference with Trustee and debtor's     .50
           counsel G. Stern regarding status of various
           matters
               Paul J. Catanese

09/05/12   Conferring with G. Stern regarding condo, exam     .50
           of CFO and status of other matters
               Richard J. Mason PC

09/05/12   Reviewing file in preparation for B. Gallagher    1.50
           exam
               Richard J. Mason PC

09/05/12   Coordinate scheduling of certain examinations      .30
               Paul J. Catanese

09/06/12   Attention to correspondence from G. Stern          .10
           regarding examination of B. Gallagher
               Paul J. Catanese

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                          Page    3
Invoice No. 91666451                                          June 30, 2014

| | | |
|---|---|---|
| 09/13/12 | Conferring with S. DeGraff regarding status (.5); conferring with D. Zazove regarding Indiana foreclosure (.5); preparing for exam of C.F.O. (2.3)<br>Richard J. Mason PC | 3.30 |
| 09/13/12 | Review debtor's SOFA regarding transfer<br>Paul J. Catanese | .20 |
| 09/13/12 | Preparing Notice of Deposition to Brian Gallagher - .5; Revising Notice of Deposition - .3; E-filing Notice of Deposition to Brian Gallagher - .3<br>Kimberly McFarland | 1.10 |
| 09/14/12 | <u>Conferring with P. Bauch and G. Stern regarding clubhouse mobile homes at Countryview possibly owned by Capital Home Sales that is indebted to Klarchek Trust and need to intervene if I want to try to lay claim to mobile homes</u><br>Richard J. Mason PC | .30 |
| 09/14/12 | Drafting e-mail to G. Stern regarding documents at CFO examination<br>Richard J. Mason PC | .50 |
| 09/18/12 | Draft second motion to extend time to assume or reject executory contracts<br>Paul J. Catanese | 1.00 |
| 09/18/12 | Attention to postponement and rescheduling on deposition of B. Gallagher<br>Paul J. Catanese | .40 |
| 09/18/12 | Preparing the Notice of Postponement of Deposition to Brian Gallagher - .5; Revising Notice of Postponement of Deposition - .4; E-filing Notice of Postponement of Deposition - .3<br>Kimberly McFarland | 1.20 |
| 09/24/12 | Reviewing documents and drafting memo to file regarding trust<br>Richard J. Mason PC | 1.50 |
| 09/25/12 | Finishing memo to file regarding discovery of CFO<br>Richard J. Mason PC | .50 |

(3) Trustee Duties - not compensable as counsel

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                    Page   4
Invoice No. 91666451                                    June 30, 2014

10/03/12  Conferring with K. Stesko regarding issues            .50
          concerning foreclosure of Trust property,
          including excluded 137 square feet, in Indiana
               Richard J. Mason PC

10/04/12  Reviewing file regarding Lombardo purchase of        1.20
          Fontana property (.8); conferring with Mrs.
          Lombardo regarding payment of notes (.4)
               Richard J. Mason PC

10/04/12  Attention to scheduling deposition of B.              .10
          Gallagher
               Paul J. Catanese

10/04/12  Telephone conference with M. Lombardo regarding       .40
          payments related to Lake Geneva house
               Paul J. Catanese

10/09/12  Reading e-mail from G. Stern regarding                .50
          sanctions (.1); drafting response (.1); reading
          sanctions documents (.3)
               Richard J. Mason PC

10/09/12  Revising Motion for 2004 Examination - .5             .50
               Kimberly McFarland

10/10/12  Conferring with G. Stern regarding sanctions          .40
          motion and antiques
               Richard J. Mason PC

10/10/12  Review certain filed documents for review by          .60    (4) Insufficient
          trustee                                                      Description/Vague
               Paul J. Catanese

10/11/12  Preparing list of documents needed for                .50
          Gallagher deposition
               Richard J. Mason PC

10/11/12  Telephone conference with R. Mason and G.             .50
          Stern, counsel to debtor regarding outstanding
          items (.4); follow-up e-mail to C. Stern (.1)
               Paul J. Catanese

10/12/12  Attention to scheduling deposition of B.              .20
          Gallagher
               Paul J. Catanese

10/16/12  Review list of persons to be added to trustee's       .10
          disclosure
               Paul J. Catanese

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                          Page   5
Invoice No. 91666451                                          June 30, 2014

| | | |
|---|---|---|
| 10/16/12 | Preparing subpoena to Brian Gallagher - .4;<br>E-filing Notice of Deposition to Brian<br>Gallagher - .3<br>    Kimberly McFarland | .70 |
| 10/18/12 | Telephone conference with J. Galarnyk, counsel<br>to B. Gallagher regarding upcoming deposition<br>(.2); review debtor's SOFA for schedules for<br>documents to be produced (.3); draft e-mail to<br>counsel for Gallagher regarding same (.1)<br>    Paul J. Catanese | .60 |
| 10/19/12 | Reading e-mail regarding document production<br>for CFO deposition (.1); reading request (.2);<br>drafting response to G. Stern (.1)<br>    Richard J. Mason PC | .40 |
| 10/22/12 | Preparing for Klarchek deposition of CFO<br>    Richard J. Mason PC | 2.00 |
| 10/22/12 | Address preparation for upcoming examination of<br>B. Gallagher<br>    Paul J. Catanese | .30 |
| 10/22/12 | Follow-up regarding production of documents<br>    Paul J. Catanese | .20 |
| 10/22/12 | Preparing Subpoena for Rule 2004 to Brian<br>Gallagher - .5<br>    Kimberly McFarland | .50 |
| 10/24/12 | Review of bankruptcy filings for Klarchek<br>affiliates and related Klarchek financial<br>statements<br>    John F. Pollick | .40 |
| 10/24/12 | <u>Attention to subpoena on B. Gallagher and</u><br><u>document requests relating to the same and</u><br><u>additional correspondence</u><br>    Paul J. Catanese | .30 | (1) Lumping |
| 10/24/12 | Address document production related to<br>Gallagher deposition and debtor's tax returns<br>    Paul J. Catanese | .30 |
| 10/24/12 | Revising Amended Notice of Rule 2004<br>Examination to Brian Gallagher - .4<br>    Kimberly McFarland | .40 |
| 10/25/12 | Review documents for B. Gallagher deposition<br>    Paul J. Catanese | 1.00 |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                    Page   6
Invoice No. 91666451                                    June 30, 2014

| Date | Description | Hours | Note |
|---|---|---|---|
| 10/25/12 | Office conference with trustee regarding tomorrow's deposition<br>Paul J. Catanese | .80 | |
| 10/26/12 | Conducting examination (3.6); preparing list of follow-up items (.5)<br>Richard J. Mason PC | 4.10 | |
| 10/26/12 | Prepare for B. Gallagher 2004 Examination including review of documents produced for deposition (2.1); <u>attend 2004 examination of B. Gallagher (4.0)</u><br>Paul J. Catanese | 6.10 | (5) Typo - Time reduced to 3.6 per RJM's entry for same. |
| 10/29/12 | <u>Research regarding mobile parks and sales companies affiliated with Debtor and litigation and bankruptcy filings relating to same (4.0); review of adversary complaint issues and revision of complaint (1.0)</u><br>John F. Pollick | 5.00 | (6) Improper time increments - Research time entries from JFP mostly appear in full hour increments. |
| 10/29/12 | Review notes from Gallagher deposition and draft letter regarding follow-up information<br>Paul J. Catanese | 1.20 | |
| 10/30/12 | Continued review of records produced by accountant<br>Richard J. Mason PC | 2.00 | |
| 10/30/12 | <u>Research regarding financial status of mobile home and sales company affiliates of Debtor</u><br>John F. Pollick | 1.00 | (6) Improper time increments - Research time entries from JFP mostly appear in full hour increments. |
| 10/30/12 | <u>Revise letter to counsel for M. Gallagher; review motion to compel abandonment and related response including conference with trustee regarding strategy regarding same</u><br>Paul J. Catanese | .80 | (1) Lumping |
| 10/30/12 | Meeting regarding strategy for tomorrow's hearing<br>Paul J. Catanese | .20 | |
| 10/31/12 | <u>Travel to court and attend hearing on Motion to Compel Trustee to Abandon</u><br>Paul J. Catanese | 1.00 | (2) Travel Time: Less 0.1 for in-town travel, not compensable. |
| 10/31/12 | Revise letter to B. Gallagher<br>Paul J. Catanese | .50 | |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                    Page    7
Invoice No. 91666451                                    June 30, 2014

11/05/12  Draft Motion to Extend Time to Object to           1.10
          Debtor's Discharge
              Paul J. Catanese

11/05/12  Office conference with Trustee regarding            .20
          whether debtor disclosed certain payments
              Paul J. Catanese

11/06/12  Research regarding aspect of objection to          1.00
          exemption
              Richard J. Mason PC

11/06/12  Arrange for filing of Motion to Extend Time to      .10
          Object to Discharge
              Paul J. Catanese

11/06/12  Review schedules and disclosure statements and      .80
          SOFA to determine if debtor disclosed certain
          accounts payable
              Paul J. Catanese

11/07/12  Review schedules and order selling certain          .80
          interests to Mrs. Klarchek
              Paul J. Catanese

11/08/12  Telephone conference with G. Stern and trustee     1.20
          regarding adversary action (.4); draft counter
          offer to P. Bauch (.4); review debtor's
          schedule in preparation to demand letter
          regarding payment from billing entity (.4)
              Paul J. Catanese

11/12/12  Conferring with P. Wolin regarding settlement       .50
              Richard J. Mason PC

11/13/12  Attention to tomorrow's hearing on objection to     .20
          exemption and extension of time to object to
          discharge
              Paul J. Catanese

11/14/12  Attend hearing on motion to extend time to         1.10
          object to debtor's discharge
              Paul J. Catanese

11/19/12  Reviewing tax returns (.5); drafting motion to     1.00
          abandon
              Richard J. Mason PC

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                          Page   8
Invoice No. 91666451                                          June 30, 2014

| | | | |
|---|---|---|---|
| 11/19/12 | Draft e-mail to J. Galarnyk, counsel to B. Gallagher regarding status of follow-up responses<br>Paul J. Catanese | .10 | |
| 11/20/12 | Reading and analyzing materials sent by Galarnyk<br>Richard J. Mason PC | 1.50 | |
| 11/20/12 | Working on transcript of accountant and making a list of areas of concern<br>Richard J. Mason PC | 1.60 | |
| 11/21/12 | Continued review of Klarchek materials regarding abandonment and identification of claims<br>Richard J. Mason PC | 1.50 | (3) Trustee Duties - not compensable as counsel |
| 11/21/12 | Attention to response letter from B. Gallagher<br>Paul J. Catanese | .50 | (4) Insufficient Description/Vague |
| 11/26/12 | Telephone conference with J. Galarnyk counsel to B. Gallagher CFO of Capital First<br>Paul J. Catanese | .20 | (4) Insufficient Description/Vague |
| 11/27/12 | Finishing review of transcript and abstract (.5); drafting letter regarding additional information to Galarnyk (.5); drafting letter to P. Bauch regarding demand for money from Berkley Retail and related review of documents regarding books and condition of same<br>Richard J. Mason PC | 2.00 | (1) Lumping |
| 11/27/12 | Travel to Court and attend hearing on Motion to Abandon (1.0); conference with debtor's counsel after court (.2)<br>Paul J. Catanese | 1.20 | (2) Travel Time: Less 0.1 for in-town travel, not compensable. |
| 11/28/12 | Attention to revisions to motion to abandon<br>Paul J. Catanese | .20 | |
| 11/30/12 | Reviewing documents regarding abandonment<br>Richard J. Mason PC | 1.30 | (3) Trustee Duties - not compensable as counsel |
| 12/03/12 | Continue to revise Motion to Abandon<br>Paul J. Catanese | .40 | |
| 12/04/12 | Finalize and revise motion to abandon<br>Paul J. Catanese | 1.70 | |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                            Page    9
Invoice No. 91666451                                           June 30, 2014

| Date | Description | Hours | |
|---|---|---|---|
| 12/05/12 | Working on motion to abandon<br>Richard J. Mason PC | .60 | |
| 12/05/12 | Continue to draft motion to abandon including extensive review of schedules and statement of affairs and conference call with tax accountants<br>Paul J. Catanese | 3.60 | (1) Lumping |
| 12/05/12 | Draft third motion to extend time to assume or reject<br>Paul J. Catanese | .50 | |
| 12/07/12 | Conferring with G. Stern regarding abandonment of certain interests during Chapter 11<br>Richard J. Mason PC | .30 | |
| 12/07/12 | Review of motion to abandon<br>Paul J. Catanese | .30 | |
| 12/11/12 | Research regarding discharge issues<br>Richard J. Mason PC | 2.00 | (4) Insufficient Description/Vague |
| 12/13/12 | Continued research on discharge<br>Richard J. Mason PC | 1.20 | (4) Insufficient Description/Vague |
| 12/17/12 | Research regarding grounds for discharge<br>Richard J. Mason PC | 1.50 | (4) Insufficient Description/Vague |
| 12/17/12 | Office conference with trustee regarding strategy for tomorrow's hearing<br>Paul J. Catanese | .30 | |
| 12/18/12 | Prepare for tomorrow's hearing<br>Paul J. Catanese | .40 | |
| 12/19/12 | Drafting email to G Stern and P.Wolin re information (.2); reviewing information received v. information requested (.6)<br>Richard J. Mason PC | .80 | (4) Insufficient Description/Vague |
| 12/19/12 | Travel to court and attend hearing on motion to extend time to assume or reject executory contracts and motion to abandon<br>Paul J. Catanese | 1.20 | (2) Travel Time: Less 0.1 for in-town travel, not compensable. |
| 12/19/12 | Review disclosures related to discharge of certain ownership interests<br>Paul J. Catanese | .40 | |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                    Page   10
Invoice No. 91666451                                    June 30, 2014

12/20/12  <u>Reviewing past pleadings & liquidation analysis</u>      1.70   (6) Improper time
          <u>in disclosure statement re accuracy (1.25)</u>;                 increments (1.25); and
          <u>research re discharge issue (1.4)</u>                           (4) insufficient
              Richard J. Mason PC                                            description/vague (1.4).

12/21/12  Extended office conference with Trustee                  1.20
          regarding disclosures made during Chapter 11
          case and review of property sold and related
          conference regarding strategy
              Paul J. Catanese

12/30/12  Attention to correspondence between debtor's              .20
          counsel and trustee regarding additional
          documentation requested (.2)
              Paul J. Catanese

12/31/12  Attention to correspondence from B. Gallagher             .20
          regarding certain information requested from
          Debtor (.1); telephone conference with Trustee
          regarding same (.1)
              Paul J. Catanese

01/03/13  Telephone conference with plaintiff's counsel,            .50
          Greg Stern, regarding outstanding documentation
          and objection to Section 727 Motion (.3); draft
          e-mail to J. Galarnyk regarding option agent
          (.1); review correspondence from B. Gallagher
          (.1)
              Paul J. Catanese

01/04/13  Drafting motion to extend time to object to              1.90
          discharge (1.5); conferring with G. Stern
          regarding same (.4)
              Richard J. Mason PC

01/04/13  Conferring with V. Borst regarding status of              .60
          his objection to discharge and sharing findings
          regarding questionable conduct by Klarchek
              Richard J. Mason PC

01/04/13  Draft Motion for Extension of Time to Object to          1.50
          Discharge
              Paul J. Catanese

01/07/13  Review correspondence to G. Stern regarding               .20
          Motion to Extend Time to Object to Discharge
          and telephone conference to G. Stern regarding
          same
              Paul J. Catanese

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                            Page  11
Invoice No. 91666451                                           June 30, 2014

01/07/13  Extended office conference with trustee            2.90
          regarding response from Debtor's counsel
          regarding Motion to Extend Time to Object to
          Discharge and assist trustee drafting e-mail
          response to same
              Paul J. Catanese

01/08/13  Draft Amended Trustee's Third Motion to Extend       .50
          the Time to Object to Debtor's Discharge Under
          Section 727 of the Bankruptcy Code
              Paul J. Catanese

01/10/13  <u>Drafting email to Stern regarding new dates for</u>   <u>.20</u>   (3) Trustee Duties -
          <u>Section 341 meeting</u>                                        not compensable as
              Richard J. Mason PC                                       counsel

01/14/13  <u>Reading responses to various questions I posed</u>   <u>.50</u>   (4) Insufficient
          <u>to G. Stern</u>                                                description/vague
              Richard J. Mason PC

01/14/13  Review docket for response to extended time to       .40
          object to discharge (.1); office conference
          with trustee regarding tomorrow's hearings (.1)
          and prepare for same (.2)
              Paul J. Catanese

01/14/13  Continue to prepare for tomorrow's hearing           .70
              Paul J. Catanese

01/15/13  Conferring with V. Borst regarding discharge         .90
          issues (.5); reading documents sent by him (.4)
              Richard J. Mason PC

01/15/13  Prepare for hearing on Motion to Extend Time to     2.40   (2) Travel Time:
          Object to Discharge (.8); <u>travel to Court and</u>          Less 0.1 for in-town
          <u>attend hearing on same (1.3)</u>; discuss Court's          travel, not
          ruling with the Trustee (.3)                                compensable.
              Paul J. Catanese

01/15/13  Discuss strategy for tomorrow's withdrawal           .10
          hearing in District Court with Trustee
              Paul J. Catanese

01/18/13  <u>Reading e-mail from G. Stern regarding</u>           1.10   (3) Trustee Duties -
          <u>continued Section 341 meeting (.1;</u> analyzing          not compensable as
          Berkley Retail appraisals (1.0)                             counsel
              Richard J. Mason PC

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                          Page  12
Invoice No. 91666451                                          June 30, 2014

| | | |
|---|---|---|
| 01/23/13 | Reading e-mail from G. Stern regarding Berkley Retail (.2); studying two appraisals (1.4); reviewing pleadings regarding sale of equity (.6); reviewing portions of C.F.O's testimony (.5); conferring with G. Stern regarding valuation (.5); reading letter from valuation expert (.3)<br>    Richard J. Mason PC | 3.50 |
| 01/23/13 | Telephone conference with J. Galarnyk regarding confidentiality agreement and make revisions to same<br>    Paul J. Catanese | .40 |
| 01/23/13 | Attention to drafting motion to enter into confidentiality agreement<br>    Paul J. Catanese | .20 |
| 01/24/13 | <u>Attention to scheduling Section 341 meeting and provided transcripts</u><br>    Paul J. Catanese | .30 | (3) Trustee Duties - not compensable as counsel |
| 01/25/13 | Studying documents relating to Berkley Retail (.6); drafting e-mail to G. Stern regarding same (.3)<br>    Richard J. Mason PC | .90 |
| 01/28/13 | Reading deed of Berkley Retail (.3); <u>drafting e-mail to G. Stern regarding 341 meeting issues for investigation (.5)</u><br>    Richard J. Mason PC | .80 | (3) Trustee Duties - not compensable as counsel |
| 01/28/13 | Conferring with V. Borst regarding discharge issues<br>    Richard J. Mason PC | .50 |
| 01/28/13 | Attention to status of receipt of option agreement<br>    Paul J. Catanese | .10 |
| 01/28/13 | <u>Attention to confirmation of Section 341 meeting</u><br>    Paul J. Catanese | .10 | (3) Trustee Duties - not compensable as counsel |
| 01/29/13 | Preparing for exam of Klarchek<br>    Richard J. Mason PC | 1.50 |
| 01/30/13 | Continued work on response to motion to withdraw reference<br>    Richard J. Mason PC | 1.50 |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                    Page  13
Invoice No. 91666451                                    June 30, 2014

01/30/13  Drafting Notice of Continued Meeting of              .70
          Creditors - .4; Electronically filing Notice of
          Continued Meeting of Creditors - .3
          Kimberly McFarland

02/01/13  Telephone conference with J. Galarnyk regarding      .20
          status of production of option agreement
          Paul J. Catanese

02/04/13  Preparing for continued exam of debtor              2.50
          Richard J. Mason PC

02/04/13  Attention to preparations for tomorrow's           1.70
          examination of debtor, including review of
          certain documents to be used at examination
          Paul J. Catanese

02/05/13  Preparing for examination of Klarchek (1.0);       4.80
          conducting exam of Klarchek (2.5); research
          regarding partnership liability (1.3)
          Richard J. Mason PC

02/05/13  Prepare for and attend Klarchek continued          5.30    (1) Lumping
          Section 341 examination
          Paul J. Catanese

02/06/13  More research on partnerships                      1.00
          Richard J. Mason PC

02/12/13  Reading e-mail and enclosures from P. Bauch        1.50
          regarding Berkley Retail debt
          Richard J. Mason PC

02/28/13  Conferring with Klarchek's counsel regarding       1.50    (3) Trustee Duties -
          prenuptial agreement (.5); reading same (1.0)               not compensable as
          Richard J. Mason PC                                         counsel

03/12/13  Discuss strategy for filing motion to extend        .20
          time to assume or reject executory contracts
          with J. Pollick and review same
          Paul J. Catanese

03/12/13  Telephone conference with J. Galarnyk regarding     .10
          status of production of "option agreement"
          Paul J. Catanese

03/12/13  Prepare for tomorrow's district court hearing       .10
          Paul J. Catanese

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                         Page  14
Invoice No. 91666451                                         June 30, 2014

03/19/13  Discuss status of receipt of option agreement        .20
          with R. Mason
             Paul J. Catanese

03/28/13  <u>Arrange for and make suggestions for receiving</u>    .80    (8) Clerical Work
          <u>orders and arrange for filing of same</u>
             Paul J. Catanese

04/01/13  Attention to correspondence from J. Galarnyk          .10
          and telephone conference with him regarding
          same regarding production of so called "option
          agreement" agreement
             Paul J. Catanese

04/01/13  Review potential avoidance of certain transfers       .20
             Paul J. Catanese

04/18/13  <u>Attention to telephone conference with creditor</u>    .20    (4) Insufficient
             Paul J. Catanese                                          Description/Vague

04/22/13  Drafting e-mail to G. Stern and P. Wolin              .30
          regarding Loyola naming rights
             Richard J. Mason PC

04/22/13  <u>Telephone conference with counsel for creditor</u>    .20    (4) Insufficient
          <u>MB Bank regarding status of case</u>                      Description/Vague
             Paul J. Catanese

04/22/13  Attention to research into other suits pending        .40
          against the debtor
             Paul J. Catanese

04/24/13  Review claim of First Source Bank                     .10
             Paul J. Catanese

04/24/13  Review UCC's related to certain creditors             .20
             Paul J. Catanese

04/24/13  Determine whether avoidance action is necessary       .20
          for certain bank creditor
             Paul J. Catanese

04/25/13  Continue to investigate aspects of trusts            2.40
          action by trust in Daley Center and claims of
          Northern Trust and other Bank creditors
             Paul J. Catanese

04/26/13  Investigate potential claims against Klarchek        1.00
          Family Trust and Berkley Retail
             Patricia K. Smoots

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                    Page   15
Invoice No. 91666451                                   June 30, 2014

| Date | Description | Hours | |
|------|-------------|-------|---|
| 04/26/13 | <u>Address strategy for potential action against certain secured creditors and verifying of service of subpoena</u><br>Paul J. Catanese | 1.00 | (1) Lumping |
| 04/29/13 | Review information relating to potential adversary proceedings and avoidance actions<br>Patricia K. Smoots | 1.30 | |
| 04/29/13 | Attention to strategy regarding potential executory contract regarding Loyola naming rights<br>Paul J. Catanese | .20 | |
| 04/29/13 | Review debtor's donation agreement to Loyola to determine the value, if any, of naming rights<br>Paul J. Catanese | .20 | |
| 04/30/13 | Locate and obtain copies of UCC filings involving Richard Klarchek for P. Smoots<br>Joan M. Ogden | .30 | |
| 05/01/13 | Locate and obtain UCC filings involving Richard Klarchek for P. Smoots<br>Joan M. Ogden | .20 | |
| 05/14/13 | Conferring with R. Peterson regarding his representation of Klarchek (.1); conferring with J. Pollick regarding same and request for settlement meeting (.1)<br>Richard J. Mason PC | .20 | |
| 06/05/13 | Prepare for hearing on motion to enlarge time (time divided with preparations for adversary status hearings) (.2); attend hearing on motion (time divided with hearing on adversaries) (.7)<br>Patricia K. Smoots | .90 | |
| 06/06/13 | <u>Continued review of Klarchek file (2.5);</u> drafting e-mails to Galarnyk regarding document production (.3)<br>Richard J. Mason PC | 2.80 | (4) Insufficient description/vague |
| 06/07/13 | <u>Continued review of Klarchek documents and preparation for deposition of Gallagher</u><br>Richard J. Mason PC | 7.00 | (1) Lumping |
| 06/10/13 | Further preparation for 2004 exam regarding Klarchek trust<br>Richard J. Mason PC | 1.50 | |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                              Page  16
Invoice No. 91666451                              June 30, 2014

06/11/13  <u>Preparing for and taking Gallagher exam</u>         8.00   (1) Lumping
          Richard J. Mason PC

06/11/13  Further correspondence with J. Galarnyk              3.20
          (counsel to Family Trust) and B. Raznick
          (counsel to Fortress) regarding finalizing
          confidentiality agreement related to term sheet
          (.3); attend portions of examination of
          Klarchek Family Trust (P. Smoots attended due
          to knowledge of Klarchek Trust litigation)
          (1.5); review additional documents provided by
          Trust (.7); conferences (3x) with Trustee
          regarding strategy for potential deposition and
          action against the Trust (.7)
          Patricia K. Smoots

06/14/13  Draft motion to extend time to assume or reject     1.10
          executory contracts
          Paul J. Catanese

06/17/13  <u>Working on long document summarizing</u>             4.30   (4) Insufficient
          <u>transaction and events</u>                                Description/Vague
          Richard J. Mason PC

06/17/13  Finalize objection to extend time to accept or      4.10
          reject executory contracts
          Paul J. Catanese

06/18/13  <u>Working on document summarizing transaction and</u>  1.50   (4) Insufficient
          <u>events</u>                                              Description/Vague
          Richard J. Mason PC

06/18/13  Review confidentiality restrictions for              .80
          limitations upon disclosures to be made in
          upcoming motions (related to discovery in
          adversary, extension of time to assume or
          reject and state court petition to intervene)
          (.5); revise motion based on the same (.3)
          Patricia K. Smoots

06/18/13  Revise motion to extend time to assume or            .70
          reject
          Paul J. Catanese

06/20/13  <u>Printing statements and schedules - .4</u>           .40   (8) Clerical
          Kimberly McFarland

06/25/13  Attend court hearing on motion to extend time        .60
          to assume or reject executory contracts (time
          divided with other matters)
          Patricia K. Smoots

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                          Page  17
Invoice No. 91666451                                          June 30, 2014

| | | | |
|---|---|---|---|
| 06/26/13 | Working on document summarizing transactions and events | 4.00 | (4) Insufficient Description/Vague |
| | Richard J. Mason PC | | |
| 06/28/13 | Working on document summarizing transactions and events | 1.00 | (4) Insufficient Description/Vague |
| | Richard J. Mason PC | | |
| 07/01/13 | Plowing through documents regarding discovery relating to document summarizing transactions and events and condo litigation | 3.50 | (4) Insufficient Description/Vague |
| | Richard J. Mason PC | | |
| 07/02/13 | Continuation of plowing through documents and transcripts regarding document summarizing transactions and events and condo case | 5.80 | (4) Insufficient Description/Vague |
| | Richard J. Mason PC | | |
| 07/09/13 | Revising document summarizing transactions and events (1.0); drafting e-mail to other lawyers for their confirmation of accuracy (.2); working on requests to admit (2.5); reviewing confidentiality agreement restrictions (.4) | 4.10 | (4) Insufficient Description/Vague |
| | Richard J. Mason PC | | |
| 07/11/13 | Revising document summarizing transactions and events and reviewing references to all matters that might be covered by confidentiality agreement | 1.60 | (1) Lumping |
| | Richard J. Mason PC | | |
| 07/11/13 | Review Trustee's summary of transactions and additional records relating to debtor's insiders | 1.30 | |
| | Patricia K. Smoots | | |
| 07/12/13 | Telephone conference with R. Mason and R. Peterson regarding background facts and information (preliminary to potential negotiations) (.1); review summary of issues by Trustee (.2) | .30 | |
| | Patricia K. Smoots | | |
| 07/16/13 | Review status of adversaries and potential for coordinating them | .40 | |
| | Patricia K. Smoots | | |
| 07/17/13 | Revising summary of transactions and events | 1.00 | (4) Insufficient Description/Vague |
| | Richard J. Mason PC | | |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                                    Page  18
Invoice No. 91666451                                                    June 30, 2014

| Date | Description | Hours | Notes |
|---|---|---|---|
| 07/17/13 | Telephone conference with J. Pollick regarding certain Klarchek-affiliated parties' property of the estate argument (suggestions may be raised in other adversaries) and regarding likely timing for resolution of all pending adversaries<br>Patricia K. Smoots | .50 | |
| 07/19/13 | <u>Continued work on document summary of transactions and events and request to admit</u><br>Richard J. Mason PC | 5.00 | (1) Lumping |
| 07/22/13 | <u>Revising document summarizing transactions and events to incorporate changes suggested by J. Pollick and P. Smoots</u><br>Richard J. Mason PC | .80 | (4) Insufficient Description/Vague |
| 07/22/13 | Office conference with Trustee regarding litigation and case strategy (.5); review/analysis of factual summary for same (.5)<br>Patricia K. Smoots | 1.00 | |
| 07/23/13 | Review/analysis of confidentiality agreement and summary of transactions in connection with Trustee's investigation of Debtor's assets and liabilities and reporting issues<br>Patricia K. Smoots | 1.00 | |
| 07/24/13 | Review additional materials for potential global settlement strategy<br>Patricia K. Smoots | .70 | |
| 07/25/13 | <u>Conferring with G. Silver regarding letter to be sent to her and restrictions on me due to confidentiality agreement (.4); continued refinement to document summarizing transactions and events (1.0)</u><br>Richard J. Mason PC | 1.40 | (3) Trustee Duties (0.4); and (4) Insufficient Description/Vague (1.0) |
| 07/29/13 | Review and analysis of detailed summary for litigation and settlement template (1.1); conference with trustee regarding same and regarding case strategy (.5)<br>Patricia K. Smoots | 1.60 | |
| 08/01/13 | <u>Conferring with G. Stern regarding issues concerning tax returns (.4); drafting e-mail to L. Horwich regarding same (.3)</u><br>Richard J. Mason PC | .70 | (3) Trustee Duties - not compensable as counsel |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                             Page  19
Invoice No. 91666451                                            June 30, 2014

08/01/13  Working on research on potential claims v.           3.40
          trustees and Mrs. Klarchek regarding family
          Trust transfers
             Richard J. Mason PC

08/05/13  Continued factual and legal research regarding       2.50
          claims arising from Family Trust transfers
             Richard J. Mason PC

08/06/13  Conferring with J. Pollick regarding strategy        3.40
          (.4); preparing for settlement conference with
          Klarchek (1.5); attending settlement conference
          (1.5)
             Richard J. Mason PC

08/08/13  Research and office conference on potential          1.20
          action against trustees of KFT
             Paul J. Catanese

08/08/13  Locate and obtain sections from treatise on           .60
          Westlaw for R. Mason
             Joan M. Ogden

08/09/13  More fact and legal research on actions arising      5.50
          from Trust transactions (4.5); drafting long
          e-mail memo to P. Smoots regarding same (1.0)
             Richard J. Mason PC

08/12/13  More research on claims arising from Family          3.00
          Trust
             Richard J. Mason PC

08/14/13  Review case law and time lines for potential         1.80
          adversary proceedings relating to transfers by
          or related to the Klarchek Family Trust
             Patricia K. Smoots

08/15/13  Review documents and testimony for preparation       2.50
          of complaint related to family trust matters
             Patricia K. Smoots

08/16/13  Analysis of testimony and records for potential       .80
          suit relating to Klarchek family trust (.5);
          draft chronology for use in same (.3)
             Patricia K. Smoots

08/19/13  Conferring with R. Peterson regarding his            .50
          involvement in matter for Klarchek
             Richard J. Mason PC

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                                    Page   20
Invoice No. 91666451                                                    June 30, 2014

08/19/13  Review and analysis of transcripts, filings and          3.30
          other materials for potential complaint and for
          negotiations with KF Trust and its
          beneficiaries
              Patricia K. Smoots

08/20/13  Preparing for court hearing on various Klarchek          2.50
          matters (.8); appearing in court on pending
          adversaries and objection to exemption (1.8)
              Richard J. Mason PC

08/20/13  Research relating to potential claims for               4.90
          aiding or participating in a breach of
          fiduciary duty (2.7); review transcripts and
          documents produced for use in drafting
          complaint for discussion purposes (2.2)
              Patricia K. Smoots

08/21/13  Review and analysis of positions taken by              3.10
          Debtor in pleadings and filings relevant to use
          in potential action against insiders (2.2);
          create chronology for potential breach of duty
          action (.9)
              Patricia K. Smoots

08/22/13  Draft and revise chronology (1.4); review and           3.90
          analyze bankruptcy filings for complaint (1.4);
          drafting complaint against insiders (1.1)
              Patricia K. Smoots

08/23/13  Review and assemble documents and information           4.20
          for complaint and for settlement discussions
              Patricia K. Smoots

08/26/13  Draft portions of complaint related to                  5.70
          post-petition transfers (3.6); review debtor's
          documents related to accounting and reporting
          of debts (2.1)
              Patricia K. Smoots

08/27/13  Review and analysis of contracts relating to KF         6.30
          Trust and transfer of its funds (for complaint)
          (2.2); draft portions of complaint for
          potential action against insiders relating to
          KF Trust transfers (4.1)
              Patricia K. Smoots

08/28/13  Draft portions of complaint related to KF Trust         4.40
              Patricia K. Smoots

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                         Page   21
Invoice No. 91666451                                         June 30, 2014

08/29/13  Draft portions of proposed complaint against        4.50
          insiders related to post-petition transfers
          (4.0); supplement chronology for potential
          litigation relating to KF Trust transfers (.5)
          Patricia K. Smoots

08/30/13  Email correspondence regarding access to            2.60
          electronic files and passwords (.2); review and
          analyze records relating to debtor's
          involvement in KF Trust (1.9); draft insider
          complaint (.5)
          Patricia K. Smoots

09/03/13  Review debtor's plans and disclosure statements     4.10
          for use in complaint (1.3); draft certain
          counts of insider complaint for discussion
          purposes (2.8)
          Patricia K. Smoots

09/04/13  Draft and revise proposed complaint                 3.90
          Patricia K. Smoots

09/05/13  Research and legal analysis of case law             5.40
          relating to fiduciary duties in insolvency
          situations (1.5); draft and revise insider
          complaint (3.9)
          Patricia K. Smoots

09/09/13  Reviewing file to outline terms of global           2.00
          settlement
          Richard J. Mason PC

09/09/13  Draft counts of potential complaint against         1.50
          Klarchek Family Trust and other insiders
          Patricia K. Smoots

09/10/13  Draft certain counts of draft insider complaint     1.80
          Patricia K. Smoots

09/12/13  Working on document regarding settlement offer      1.50
          for Klarchek
          Richard J. Mason PC

09/13/13  Continued work on documents relating to complex     2.20
          offer of settlement
          Richard J. Mason PC

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                          Page   22
Invoice No. 91666451                                         June 30, 2014

---

09/13/13   Research and analyze case law relating to          4.10
           fiduciary duties in insolvency circumstances
           (2.1); draft and revise additional counts for
           potential insider adversary (1.9); email
           correspondence with H. Rosen regarding
           transcript (3x) (.1)
               Patricia K. Smoots

09/16/13   Finalize draft complaint for review by Trustee     3.70
           and use in settlement negotiations (2.4);
           research on aiding and abetting liability in
           Illinois (1.3)
               Patricia K. Smoots

09/16/13   Sending list of Creditors including Creditors       .40    (8) Clerical
           holding secured claims to Paul Catanese - .4
               Kimberly McFarland

09/17/13   Working on aspects of draft insider complaint      2.00
           (2.0)
               Richard J. Mason PC

09/17/13   Office conference with trustee regarding draft      .90
           complaint and regarding draft settlement
           proposal and case strategy (.8); email
           correspondence with J. Pollick regarding draft
           complaint (3x) (.1)
               Patricia K. Smoots

09/18/13   Continued work on complaint (1.0); revising        1.40
           settlement documents (.4)
               Richard J. Mason PC

09/18/13   Revise draft complaint against Klarchek and his    3.10
           insiders (2.5); review settlement strategy for
           circulating complaint with trustee (2x) (.6)
               Patricia K. Smoots

09/19/13   Email correspondence and telephone conference      4.70
           with J. Pollick, outside counsel to Trustee,
           regarding draft insider complaint and regarding
           litigation strategy (.3); research related to
           pleading requirements (1.5); revise draft
           complaint in accordance with Trustee's comments
           (2x) (2.9)
               Patricia K. Smoots

09/20/13   Revise complaint for discussion and litigation     2.10
           purposes (1.8); review settlement strategy with
           Trustee (.3)
               Patricia K. Smoots

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                           Page   23
Invoice No. 91666451                                           June 30, 2014

09/23/13  Further revisions to draft complaint (1.0);              1.50
          further revisions to settlement offer (.5)
              Richard J. Mason PC

09/23/13  Office conference with R. Mason for settling            4.40
          claims related to debtor's conduct and that of
          his insiders (.6); revise draft complaint in
          accordance with Trustee's views (3.7); email
          correspondence with V. Borst, counsel to TCF,
          regarding information requested (.1)
              Patricia K. Smoots

09/24/13  More drafting of complaint (.8); further                1.90
          revisions to settlement offer (.5); conferring
          with attorney for Bank regarding settlement
          (.6)
              Richard J. Mason PC

09/24/13  Revise draft complaint for circulation (4.6);           5.00
          office conference with R. Mason regarding
          settlement strategy (.4)
              Patricia K. Smoots

09/24/13  Review correspondence regarding authentication           .30
          of prenuptial agreement
              Paul J. Catanese

09/25/13  Finalize draft complaint for circulation (2.7);         3.70
          email correspondence with opposing counsel
          regarding same (.1); office conferences (2x)
          with Trustee regarding settlement strategy
          (.5); research related to
          jurisdiction/exemption issues (.2); telephone
          conferences (2x) with J. Pollick regarding
          coordinating settlement strategy (.2)
              Patricia K. Smoots

09/26/13  Review testimony for witness identification and          .80
          contact information and for use in settlement
          discussion
              Patricia K. Smoots

09/30/13  Final revisions to offer                                 .30
              Richard J. Mason PC

09/30/13  Conferring with counsel for creditor regarding           .50   (4) Insufficient
          various aspects of bankruptcy                                   Description/Vague
              Richard J. Mason PC

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                    Page   24
Invoice No. 91666451                                    June 30, 2014

| | | |
|---|---|---|
| 09/30/13 | Review settlement proposal from J. Pollick to certain adversary defendants (.1); telephone conference with Trustee regarding case status (.2)<br>Patricia K. Smoots | .30 |
| 10/01/13 | <u>Reading portions of deposition summaries</u><br>Richard J. Mason PC | 1.50 (4) Insufficient Description/Vague |
| 10/01/13 | <u>Review information received from third parties (.1); follow-up research on information provided (.7);</u> email correspondence with V. Borst (3x), counsel to TCF, and with other source regarding information sought (.3)<br>Patricia K. Smoots | 1.10 (4) Insufficient description/vague |
| 10/02/13 | Review Lake County lien filings related to Deerpath Plaza (.5); review and analyze prior testimony by Debtor for use in settlement negotiations and formulating follow-up investigation strategy (2.0)<br>Patricia K. Smoots | 2.50 |
| 10/03/13 | Review and analyze testimony of Debtor and Capital First for use in litigation and settlement discussions (2.3); review and revise draft complaint against certain insiders (2.4)<br>Patricia K. Smoots | 4.70 |
| 10/04/13 | Office conference with Trustee regarding investigation to date and settlement strategy for potential claims against debtor and certain of his insiders<br>Patricia K. Smoots | .50 |
| 10/14/13 | Preparing for settlement meeting with R. Peterson (1.0); meeting with R. Peterson, P. Smoots regarding settlement (1.4); reviewing various documents for follow-up with Peterson (.8)<br>Richard J. Mason PC | 3.20 |
| 10/14/13 | Research and case analysis related to breaches of fiduciary duty<br>Patricia K. Smoots | 1.90 |
| 10/17/13 | Research and analysis of claims treatment upon conversion of case (1.1); review and summarize testimony of V. Hanover, former CFO of Capital First Realty (.7)<br>Patricia K. Smoots | 1.80 |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                           Page  25
Invoice No. 91666451                                           June 30, 2014

10/18/13  Review email correspondence/analysis to/from R.          .20
          Peterson regarding litigation and settlement
          issues
             Patricia K. Smoots

10/23/13  <u>Brief research on automatic stay</u>                 1.20    (4) Insufficient
             Richard J. Mason PC                                          description/vague

10/31/13  Looking through documents related to Klarchek          1.00
          Family Trust for contact information on John
          LoGuidice - .3; Reviewing Depositions of
          Klarchek and Brian Gallagher for contact
          information on John LoGuidice - .3; Searching
          the internet for contact information on John
          LoGuidice - .4
             Kimberly McFarland

11/15/13  Conferring with R. Peterson regarding                   .40
          settlement
             Richard J. Mason PC

12/02/13  Conference with Trustee regarding strategy (.3)         .30
             Patricia K. Smoots

12/03/13  Draft motion to extend the time to assume or           .10
          reject
             Paul J. Catanese

12/04/13  Direct preparation of certain subpoenas for           1.60
          records (.2); draft subpoena riders (.7);
          telephone conference with R. Mason and J.
          Pollick regarding coordinated litigation
          strategy (.2); commence drafting additional
          document requests (.5)
             Patricia K. Smoots

12/04/13  Work on motion to extend time to assume or             .10
          reject
             Paul J. Catanese

12/04/13  Preparing subpoena to Donald Levinson and             2.40
          Trabert & Hoeffer - .5; Preparing subpoena to
          Wolin & Rosen, Ltd - .4; Preparing subpoena to
          Gregory K. Stern - .4; Making revisions to the
          subpoena to Donald Levinson and Trabert &
          Hoeffer - .4; Making revisions to the subpoena
          to Wolin & Rosen, Ltd - .4; Making revisions to
          the subpoena to Gregory K. Stern - .3
             Kimberly McFarland

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                        Page   26
Invoice No. 91666451                                       June 30, 2014

12/05/13  Edit motion to extend time to assume or reject        .20
          executory contracts
              Patricia K. Smoots

12/05/13  Drafting Notice of Service of Subpoena - .4           .40
              Kimberly McFarland

12/06/13  Finalize motion to assume or reject executory        .30
          contracts
              Paul J. Catanese

12/07/13  Conferring with R. Peterson regarding               .40
          settlement
              Richard J. Mason PC

12/13/13  Research related to property claimed as exempt      2.00
              Patricia K. Smoots

12/17/13  Preparing for court hearing tomorrow                 .50
              Richard J. Mason PC

12/18/13  Attending court on motion to extend time to          .60
          assume executory contracts
              Richard J. Mason PC

12/18/13  Short research on turnover                            .60   (4) Insufficient
              Richard J. Mason PC                                     Description/Vague

12/20/13  Research related to preservation of estate's        1.10
          interest in property claimed exempt
              Patricia K. Smoots

12/24/13  Draft/revise motion for Rule 2004 Examination       1.00
              Patricia K. Smoots

12/30/13  Draft/revise Rule 2004 exam motion before           2.10
          examination of certain dealers and insurers
          (1.9); draft riders for subpoenas (.2)
              Patricia K. Smoots

12/31/13  Review/analyze e-mail correspondence and            1.30
          attached term sheet received from counsel to
          debtor relating to potential resolution of all
          litigation (.3); revise/finalize motion to
          conduct 2004 exams (1.0)
              Patricia K. Smoots

01/02/14  Telephone conference with H. Rosen regarding         .20
          production of document requested by subpoena
          (.2)
              Patricia K. Smoots

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                                Page  27
Invoice No. 91666451                                          June 30, 2014

01/02/14  Office conference regarding strategy for              .50
          additional or renewed litigation
          Patricia K. Smoots

01/02/14  Telephone conference with R. Mason and V.            3.00
          Borst, counsel to TCF, regarding case progress
          and potential claims (.3); analyze avenues of
          recovery against M. Klarchek and possibility of
          revocation of discharge action (2.7)
          Patricia K. Smoots

01/03/14  Research relating to equitable tolling (time          .40
          divided with another case)
          Patricia K. Smoots

01/08/14  Prepare for argument on motion for Rule 2004         1.20
          exam (.2); court appearance/argument before
          Judge Barnes on motion to conduct Rule 2004
          exam (time divided with Family Trust matter(
          (1.0)
          Patricia K. Smoots

01/09/14  Research/analysis of related case histories for      1.00
          use in litigation/settlement discussions
          Patricia K. Smoots

01/10/14  Prepare riders and direct service of subpoenas        .60
          for Rule 2004 examinations (.3); e-mail
          correspondence with counsel to Michelle
          Klarchek and counsel to third parties regarding
          documents requested (.3)
          Patricia K. Smoots

01/13/14  Direct service of additional subpoenas                .50    (9) Unreasonable Time
          Patricia K. Smoots                                           - reduced by 0.4

01/15/14  Reviewing responses/documents produced              1.50    (4) Insufficient
          Richard J. Mason PC                                          description/vague

01/16/14  Further review of documents (.75); drafting         1.50    (4) Insufficient
          memo regarding same (.75)                                    description/vague
          Richard J. Mason PC

01/17/14  Extended telephone conference with H. Rosen          .40
          regarding documents responsive to Trustee's
          subpoena
          Patricia K. Smoots

01/22/14  Drafting complaint to revoke discharge              1.80
          Richard J. Mason PC

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                              Page   28
Invoice No. 91666451                                             June 30, 2014

---

01/23/14  Telephone conference with P. Wolin regarding          .50
          production pursuant to records subpoena (.2);
          telephone conference with D. Marshall (Griffin
          & Howe) regarding production pursuant to Rule
          2004 examination subpoena (.1); draft notice
          regarding postponement of oral Rule 2004
          examination (.2)
              Patricia K. Smoots

01/24/14  Working on outline of mediation statement for        1.50    (4) Insufficient
          R. Barliant (1.0); collecting documents (.5)                 Description/Vague
              Richard J. Mason PC

01/24/14  E-mail correspondence for P. Bauch and G. Stern       .10
          regarding Rule 2004 production
              Patricia K. Smoots

01/27/14  Office conference with trustee regarding              .60
          strategy for recoveries or for settlement with
          Debtor
              Patricia K. Smoots

01/29/14  Locate and obtain periodical for P. Smoots            .20    (4) Insufficient
              Joan M. Ogden                                            Description/Vague

01/31/14  Telephone conference with H. Rosen regarding          .50
          document production (.1); follow-up with P.
          Wolin regarding production of subpoenaed
          records (.1); telephone conference with M.
          O'Brien regarding discovery disputes (.3)
              Patricia K. Smoots

02/04/14  Research regarding periodical for P. Smoots           .60
              Joan M. Ogden

02/05/14  Reading e-mail from Peterson and Stern                .30
          regarding mediation (.1); drafting response
          (.2)
              Richard J. Mason PC

02/05/14  Telephone call with P. Wolin regarding                .10
          production of documents in response to subpoena
              Patricia K. Smoots

02/06/14  Draft/revise motion for Rule 2004 exam (.9);         2.00
          draft proposed order (.1); review research
          relating to pending adversary (1.0)
              Patricia K. Smoots

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                          Page   29
Invoice No. 91666451                                         June 30, 2014

02/12/14  Prepare for argument on Rule 2004 exam motion          2.30
          (time divided with adversaries) (.5); attend
          court hearing before Judge Barnes (time divided
          with adversaries (1.0)); direct issuance of
          subpoenas (.4); e-mail correspondence with
          opposing counsel regarding dates for
          examination, acceptance of service and
          additional deposition needed (.4)
             Patricia K. Smoots

02/13/14  Review/analysis of supplemental production            2.20
          received from Sotheby's
             Patricia K. Smoots

02/17/14  Drafting of status email to large creditors and        .80
          preparation for call to discuss direction
             Richard J. Mason PC

02/18/14  Detailed review/analysis of Sotheby's                 3.60
          supplemental production to identify grounds for
          objection to discharge and for recovery of
          property
             Patricia K. Smoots

02/19/14  <u>E-mail correspondence with G. Stern regarding</u>       .10   (4) Insufficient
          <u>documents needed for investigation</u>                        Description/Vague
             Patricia K. Smoots

02/20/14  Draft confidential summary regarding revocation       1.20
          of discharge (1.0); direct preparation of
          subpoena to insurers and service of same (.2)
             Patricia K. Smoots

02/21/14  E-mail correspondence with J. Pollick (3x)             .20
          regarding coordinated discovery
             Patricia K. Smoots

02/24/14  <u>Conference call with counsel for MB, TCF and</u>       1.00   (3) Trustee duties
          <u>one other bank regarding status of confirmation</u>
          <u>that their clients want me to use estate</u>
          <u>resources to seek discharge revocation</u>
             Richard J. Mason PC

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                          Page  30
Invoice No. 91666451                                         June 30, 2014

02/24/14  Meet with Trustee regarding strategy for issues        2.50
          to review related to potential action to revoke
          discharge (.3); telephone conference with
          Trustee and counsel to creditors TCF, MB
          Financial and Wells Fargo Bank regarding case
          progress and potential new actions (1.0); email
          correspondence with G. Stern and M. O'Brien
          regarding information and documents needed from
          the debtor (.1); detailed analysis of
          Christie's production (1.0)
              Patricia K. Smoots

02/25/14  Review correspondence from counsel to Phoenix         1.70
          Trust regarding 2004 Exam (.1); telephone
          conference with P. Bauch regarding M.
          Klarchek's production of records (.3);
          telephone conference with M. O'Brien regarding
          outstanding discovery and information requests
          (.1); email correspondence (3x) with opposing
          counsel, P. Bauch, M. O'Brien and H. Rosen
          regarding Rule 2004 Exams (.3); office
          conference with Trustee regarding strategy for
          discovery (.3); commence drafting proposal
          complaint (.6)
              Patricia K. Smoots

02/25/14  <u>Locate and obtain copies of periodical for P.</u>       1.50    (4) Insufficient
          <u>Smoots</u>                                                       Description/Vague
              Joan M. Ogden

02/26/14  Review documents and various productions in           4.40
          preparation for Rule 2004 Exams (3.5); numerous
          email correspondence with G. Stern, P. Bauch
          and M. O'Brien regarding Rule 20004 productions
          and exams (.9)
              Patricia K. Smoots

02/27/14  Review new productions in preparation for M.          1.90
          Klarchek Rule 2004 exam
              Patricia K. Smoots