IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>RICHARD J. KLARCHEK,<br>    Debtor. | Chapter 7<br><br>Case No. 10-44866 |
| RICHARD J. MASON, Chapter 7 Trustee,<br>    Plaintiff,<br>v.<br>RICHARD J. KLARCHEK,<br>    Defendant. | Hon. Timothy A. Barnes<br><br>Adversary No. 14 A 0212 |

**FINAL JUDGMENT REVOKING DISCHARGE**
**(BY CONSENT)**

This Adversary Proceeding having been filed by Richard J. Mason, not individually but as chapter 7 trustee (the "Trustee") to the bankruptcy estate ("Estate") of Debtor Richard J. Klarchek ("Debtor" or "Klarchek"), for revocation, pursuant to 11 U.S.C. § 727(d)(1) and (d)(2), of the Debtor's discharge in bankruptcy in the above-captioned bankruptcy case [Bankruptcy Case Dock. No. 597] (the "Debtor's Discharge"), and this matter now having come before the Court in connection with and subject to the terms of that certain Settlement and Release Agreement by and between the Trustee and Klarchek and others ("Settlement"), and the Settlement having been approved by order of the Court on June 2, 2015 [Bankruptcy Case Dock. No. 695], and Klarchek having consented to entry of this Final Judgment revoking the Debtor's Discharge,

THE COURT HEREBY FINDS that this Adversary Proceeding arises under Title 11 of the United States Code and is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A), (I), (J) and (O), and that the Court thus has authority to enter final orders and adjudications herein;

62102975_2

And, therefore, with the consent of the Parties hereto and, specifically, with the consent of Defendant Klarchek, it is **HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. That judgment is hereby entered in favor of the Trustee and against Defendant Klarchek, pursuant to 11 U.S.C. § 727(d), vacating and revoking the Debtor's Discharge; and

2. Each of the Parties hereto shall bear his own costs, expenses and attorney's fees in connection with the above-captioned Adversary Proceeding.

Dated this 1st day of July, 2015.

SO STIPULATED BY CONSENT:

_____
RICHARD J. KLARCHEK

_____
RICHARD J. MASON, not individually, but solely as Chapter 7 Trustee

SO ORDERED:

Dated: JUL 0 7 2015

ENTER:

_____
United States Bankruptcy Judge

62102975_2