UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 10bk44866 |
| RICHARD J. KLARCHEK | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO HORWICH COLEMAN LEVIN, LLC, ACCOUNTANTS FOR CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FOURTH INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 4,627.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 602.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 4,025.00 | TOTAL COSTS ALLOWED: | $ 0.00 |

**TOTAL FEES AND COSTS ALLOWED: $ 4,025.00**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     **Insufficient Description – TOTAL of disallowed amounts: $ 602.00**

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

Dated: _____, 2015

Timothy A. Barnes
United States Bankruptcy Judge

– 2 SEP 2015

## Horwich Coleman Levin, LLC

125 S. Wacker Drive, Suite 1500
Chicago, IL 60606-4477
(312) 341-0100

FEIN 20-3296273

Richard J. and Michelle Klarchek
c/o Richard J. Mason, Trustee
McGuireWoods, LLP
77 W. Wacker Drive, Ste. 4100
Chicago, IL 60601-1815

Invoice No.  37027
Date         11/30/2014
Client No.   5KLA60

# INVOICE

For professional services through November 30, 2014.

| | |
|---|---:|
| **Consulting Services** | 2,416.00 |
| Current Amount Due | 2,416.00 |
| Prior Balance | 0.00 |
| Total Amount Due | $ 2,416.00 |

GROUP EXHIBIT A

Klarchek, Estate of Richard
Detailed Time Descriptions

| Activity Category | Staff Name | Date | Memo | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Consulting Services | Lawrence Horwich | 10/27/2014 | T/c w/RM re: status. | 450.00 | 0.30 | 135.00 |
| Consulting Services | Lawrence Horwich | 11/09/2014 | Review draft settlement agreement and email to Pat S re: document requests. | 450.00 | 0.60 | 270.00 |
| Consulting Services | Lawrence Horwich | 11/10/2014 | Review prior year tax returns and tax research (.20); review draft settlement agreement in preparation for call with Pat Smoots (.30). | 450.00 | 0.50 | 225.00 |
| Consulting Services | Lawrence Horwich | 11/10/2014 | Conference call w/PS, RM and RT re: tax issues of potential settlement. | 450.00 | 0.80 | 360.00 |
| Consulting Services | Lawrence Horwich | 11/12/2014 | Conference call w/Pat S and RT re: tax issues and reps suggested in settlement agreement. | 450.00 | 0.80 | 360.00 |
| Consulting Services | Richard Tworek | 11/12/2014 | Preparation for and conferences w/Larry, Pat Smoots and Massey. | 410.00 | 1.60 | 656.00 |
| Consulting Services | Richard Tworek | 11/12/2014 | Abandonment option re: annuity. | 410.00 | 1.00 | 410.00 |
| Total for Consulting Services | | | | | 5.60 | 2,416.00 |
| | | | | | | |
| Grand Total of all Activity Categories | | | | | | 2,416.00 |
| Prior Balance | | | | | | |
| Total Amount Due | | | | | | 2,416.00 |
| | | | | | | |
| Summarizations | | | | | | |

**Klarchek**
**Bankruptcy Summarizations**

| Timekeeper | Hours | Rate | Ext. Amt |
|---|---|---|---|
| Richard Tworek | 2.60 | 410.00 | 1,066.00 |
| Lawrence Horwich | 3.00 | 450.00 | 1,350.00 |
| Subtotal | 5.60 | | 2,416.00 |
| Timekeeper Grand Total | | | 2,416.00 |

| Matters | Hours | Rate | Ext. Amt |
|---|---|---|---|
| Consulting Services | 5.60 | | 2,416.00 |
| | 5.60 | | 2,416.00 |
| Matters Grand Total | | | 2,416.00 |

| | | | |
|---|---|---|---|
| Subtotal of hours and ext. amt. | 5.60 | | 2,416.00 |
| Grand Total | | | 2,416.00 |
| Prior Balance | | | - |
| Grand Total | | | 2,416.00 |

# *Horwich Coleman Levin, LLC*

125 S. Wacker Drive, Suite 1500
Chicago, IL 60606-4477
(312) 341-0100

FEIN 20-3296273

Richard J. and Michelle Klarchek
c/o Richard J. Mason, Trustee
McGuireWoods, LLP
77 W. Wacker Drive, Ste. 4100
Chicago, IL 60601-1815

Invoice No. 37172
Date 01/31/2015
Client No. 5KLA60

# INVOICE

For professional services through January 31, 2015.

| | |
|---|---:|
| **Consulting Services** | 470.00 |
| **Income Tax Returns** | 1,333.00 |
| Current Amount Due | 1,803.00 |
| Prior Balance from Invoice 37027 | 2,416.00 |
| Total Amount Due | $ 4,219.00 |

Klarchek, Estate of Richard
Detailed Time Descriptions

| Activity Category | Staff Name | Date | Memo | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Consulting Services | Lawrence Horwich | 1/7/2015 | Email response to Pat Smoots re: settlement issues. | 470.00 | 0.30 | 141.00 |
| Consulting Services | Lawrence Horwich | 1/14/2015 | Review tax returns from 2013 (.20); meeting w/RT re: potential issues of settlement (.20). | 470.00 | 0.40 | 188.00 |
| Consulting Services | Lawrence Horwich | 1/22/2015 | Review prepared settlement agreement for potential tax issues. | 470.00 | 0.30 | 141.00 |
| Total for Consulting Services | | | | | 1.00 | 470.00 |
| Income Tax Returns | Richard Tworek | 1/6/2015 | Follow up items for tax returns. | 430.00 | 0.40 | 172.00 |
| Income Tax Returns | Richard Tworek | 1/7/2015 | Review past history re: tax returns. | 430.00 | 1.10 | 473.00 |
| Income Tax Returns | Richard Tworek | 1/14/2015 | Review Klarchek's 2013 tax return (.70); conference w/Larry (.20). | 430.00 | 0.90 | 387.00 |
| Income Tax Returns | Richard Tworek | 1/22/2015 | Trust questions. | 430.00 | 0.70 | 301.00 |
| Total for Income Tax Returns | | | | | 3.10 | 1,333.00 |
| Grand Total of all Activity Categories | | | | | | 1,803.00 |
| Prior Balance from Invoice 37027 | | | | | | 2,416.00 |
| Total Amount Due | | | | | | 4,219.00 |
| Summarizations | | | | | | |

*(handwritten annotation next to Income Tax Returns 1/22/2015 "Trust questions" entry: "(1) insufficient description")*

**Klarchek**
**Bankruptcy Summarizations**

| Timekeeper | Hours | Rate | Ext. Amt |
|---|---|---|---|
| Richard Tworek | 3.10 | 430.00 | 1,333.00 |
| Lawrence Horwich | 1.00 | 470.00 | 470.00 |
| Subtotal | 4.10 | | 1,803.00 |
| Timekeeper Grand Total | | | 1,803.00 |

| Matters | Hours | Rate | Ext. Amt |
|---|---|---|---|
| Consulting Services | 1.00 | | 470.00 |
| Income Tax Returns | 3.10 | | 1,333.00 |
| | 4.10 | | 1,803.00 |
| Matters Grand Total | | | 1,803.00 |

| | | | |
|---|---|---|---|
| Subtotal of hours and ext. amt. | 4.10 | | 1,803.00 |
| Grand Total | | | 1,803.00 |
| Prior Balance from Invoice 37027 | | | 2,416.00 |
| Grand Total | | | 4,219.00 |

## Horwich Coleman Levin, LLC

125 S. Wacker Drive, Suite 1500
Chicago, IL 60606-4477
(312) 341-0100

FEIN 20-3296273

Richard J. and Michelle Klarchek
c/o Richard J. Mason, Trustee
McGuireWoods, LLP
77 W. Wacker Drive, Ste. 4100
Chicago, IL 60601-1815

Invoice No.  37300
Date         02/28/2015
Client No.   5KLA60

# INVOICE

For professional service through February 28, 2015.

| | |
|---|---:|
| **Income Tax Returns** | 172.00 |
| Current Amount Due | 172.00 |
| Prior Balance from Invoice 37172 | 1,803.00 |
| Prior Balance from Invoice 37027 | 2,416.00 |
| Total Amount Due | $ 4,391.00 |

Klarchek, Estate of Richard
Detailed Time Descriptions

| Activity Category | Staff Name | Date | Memo | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|---|
| Income Tax Returns | Richard Tworek | 2/5/2015 | Information for 2014 tax return. | 430.00 | 0.40 | 172.00 | (1) insufficient description |
| Total for Income Tax Returns | | | | | 0.40 | 172.00 | |
| | | | | | | | |
| Grand Total of all Activity Categories | | | | | | 172.00 | |
| Prior Balance from invoice 37172 | | | | | | 1,803.00 | |
| Prior Balance from invoice 37027 | | | | | | 2,416.00 | |
| Total Amount Due | | | | | | 4,391.00 | |
| | | | | | | | |
| Summarizations | | | | | | | |

**Klarchek**
**Bankruptcy Summarizations**

| Timekeeper | Hours | Rate | Ext. Amt |
|---|---|---|---|
| Richard Tworek | 0.40 | 430.00 | 172.00 |
| Subtotal | 0.40 | | 172.00 |
| Timekeeper Grand Total | | | 172.00 |

| Matters | Hours | Rate | Ext. Amt |
|---|---|---|---|
| Income Tax Returns | 0.40 | | 172.00 |
| | 0.40 | | 172.00 |
| Matters Grand Total | | | 172.00 |

| | | | |
|---|---|---|---|
| Subtotal of hours and ext. amt. | 0.40 | | 172.00 |
| Grand Total | | | 172.00 |
| Prior Balance from Invoice 37172 | | | 1,803.00 |
| Prior Balance from Invoice 37027 | | | 2,416.00 |
| Grand Total | | | 4,391.00 |

## *Horwich Coleman Levin, LLC*

125 S. Wacker Drive, Suite 1500
Chicago, IL 60606-4477
(312) 341-0100

FEIN 20-3296273

Richard J. and Michelle Klarchek
c/o Richard J. Mason, Trustee
McGuireWoods, LLP
77 W. Wacker Drive, Ste. 4100
Chicago, IL 60601-1815

Invoice No.  37900
Date         04/30/2015
Client No.   5KLA60

# INVOICE

For professional service through April 30, 2015.

**Bankruptcy**

      129.00

**Income Tax Returns**

      107.00

| | |
|---|---:|
| Current Amount Due | 236.00 |
| Prior Balance from Invoice 37300 | 172.00 |
| Prior Balance from Invoice 37172 | 1,803.00 |
| Prior Balance from Invoice 37027 | 2,416.00 |
| Total Amount Due | $ 4,627.00 |

Klarchek, Estate of Richard
Detailed Time Descriptions

*(handwritten annotation: "(1) insufficient description")*

| Activity Category | Staff Name | Date | Memo | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Bankruptcy | Richard Tworek | 4/2/2015 | Compliance question. | 430.00 | 0.30 | 129.00 |
| Total for Bankruptcy | | | | | 0.30 | 129.00 |
| | | | | | | |
| Income Tax Returns | Preparation | 4/15/2015 | Work up for tax extension. | 430.00 | 0.20 | 86.00 |
| Income Tax Returns | Preparation | 4/15/2015 | Prepare extension and upload to E-file. | 210.00 | 0.10 | 21.00 |
| Total for Income Tax Returns | | | | | 0.30 | 107.00 |
| | | | | | | |
| Grand Total of all Activity Categories | | | | | | 236.00 |
| Prior Balance from Invoice 37300 | | | | | | 172.00 |
| Prior Balance from Invoice 37172 | | | | | | 1,803.00 |
| Prior Balance from Invoice 37027 | | | | | | 2,416.00 |
| Total Amount Due | | | | | | 4,627.00 |
| | | | | | | |
| Summarizations | | | | | | |

Page 1 of 1

Klarchek
Bankruptcy Summarizations

| Timekeeper | Hours | Rate | Ext. Amt |
|---|---|---|---|
| Richard Tworek | 0.50 | 430.00 | 215.00 |
| Sue Pasquale | 0.10 | 210.00 | 21.00 |
| Subtotal | 0.60 | | 236.00 |
| Timekeeper Grand Total | | | 236.00 |

| Matters | Hours | Rate | Ext. Amt |
|---|---|---|---|
| Bankruptcy | 0.30 | | 129.00 |
| Income Tax Returns | 0.30 | | 107.00 |
| | 0.60 | | 236.00 |
| Matters Grand Total | | | 236.00 |
| | | | |
| Subtotal of hours and ext. amt. | 0.60 | | 236.00 |
| Grand Total | | | 236.00 |
| Prior Balance from Invoice 37300 | | | 172.00 |
| Prior Balance from Invoice 37172 | | | 1,803.00 |
| Prior Balance from Invoice 37027 | | | 2,416.00 |
| Grand Total | | | 4,627.00 |

Page 1 of 1