UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)   Case No. 10bk44866
RICHARD KLARCHEK )
)   Chapter 7
)
Debtor. )   Honorable Timothy A. Barnes
)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO MCGUIREWOODS, LLP, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF THIRD INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 282,132.00 | TOTAL COSTS REQUESTED: | $ 7,923.06 |
| TOTAL FEES REDUCED: | $ 11,911.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 270,221.00 | TOTAL COSTS ALLOWED: | $ 7,923.06 |

**TOTAL FEES AND COSTS ALLOWED: $ 278,144.06**

This matter coming to be heard on the application for compensation (the "Application") of McGuireWoods, LLP ("Counsel"), counsel to Richard J. Mason, chapter 7 trustee of the estate of Richard J. Klarchek (the "Trustee"), the court, having considered the Application hereby orders as follows:

I.    Except as noted below and attached, Counsel's request for compensation and reimbursement of expenses is allowed.

II.    The attached time entries have, however, been underlined to reflect disallowance in whole or in part.

III.    The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry. Where time entries by Counsel are noted as not allowed under one category, that is not an indication that such time entries were sufficient in other categories of compliance. However, so as not to doubly penalize Counsel on requested time entries, the court has determined to disallow such time for only one reason.

IV.    The numerical notations correspond to the enumerated paragraphs below.

**(1)    Trustee Work Can Not Be Compensated as Professional Services – TOTAL of disallowed amounts: $ 6,747.50**

"The Trustee cannot effectively expand the maximum limits of Section 326(a) by hiring other people to perform his duties for him, whether they are paralegals, attorneys, accountants or other professional persons, and utilize the potentially unlimited scope of Section 330 as a basis for

award of reasonable compensation." *Boldt v. United States Trustee (In re Jenkins)*, 130 F.3d 1335, 1341 (9th Cir. 1997) (*quoting In re Prairie Cent. Ry. Co.*, 87 B.R. 952, 959 (Bankr. N.D. Ill. 1988) (Squires, J.)).

In this case, the court did not allow the Trustee's time entries for activities that are clearly covered by the compensation that will be sought under Section 326(a) for traditional Trustee duties such as meetings with the United States Trustee. In addition, where the Trustee appears at court or meetings in addition to counsel or duplicates actions taken by counsel, the Trustee is doing so in his capacity as Trustee.

**(2)    Computational or Typographical Error – TOTAL of disallowed amounts: $ 5,163.50**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error. And where there are identical entries for the same meeting by multiple attorneys, but the time entries differ, the court will reduce the entries to the lowest time sought.

In this case, there were also many entries for court hearings that varied from the time the hearing on the matters were concluded. In such cases, the court reduced the times to the conclusion time (included in the notation to the right).

Dated: September 2, 2015

_____
Timothy A. Barnes
United States Bankruptcy Judge

# McGUIREWOODS

Paul J. Catanese  
312.750.3536

77 West Wacker Drive, Suite 4100  
Chicago, Illinois 60601-1818

July 31, 2015

REMITTANCE COPY  
PLEASE RETURN WITH PAYMENT  
DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 or (800) 775-2202

INVOICE NO. 91789799

The Bankruptcy Estate of Richard Klarchek  
77 W. Wacker Dr.  
Chicago, IL 60601

TAX ID NO.   54-0505857

JOINT GROUP #2063989

Current Invoice:
- Current Fees:                $282,132.00
- Current Disbursements:        $7,923.06
- **Current Invoice Total:**                              $290,055.06

Total Balance Due:                                        $290,055.06

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

McGuireWoods LLP  
Attn: Accounts Receivable  
800 E. Canal Street  
Richmond, VA 23219-3916

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

EXHIBIT A

# McGUIREWOODS

Paul J. Catanese  
312.750.3536

77 West Wacker Drive, Suite 4100  
Chicago, Illinois 60601-1818

July 31, 2015

The Bankruptcy Estate of Richard Klarchek  
77 W. Wacker Dr.  
Chicago, IL 60601

Bill Through: 05/31/15

INVOICE NO. 91789799                                      TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Investigation of Estate, Klarchek Entities  
and Family Trust and Negotiation Documentation  
of Global Resolution  
Our File No.   2063989-0002

04/01/14  Review and analysis of documents produced by                2.50  
          Phoenix Trust and Eagle 100 related to  
          transaction with Family Trust currently under  
          review for potential attack/avoidance (2.3);  
          office conference with Trustee regarding  
          general settlement or litigation strategy (.2)  
            Patricia K. Smoots

04/02/14  Analysis of bank records provided by debtor's               1.30  
          affiliates to trace funds from pre-petition  
          transfers and post petition transaction with  
          affiliates (.8); office conference with C. Egan  
          (of McGuireWoods) (P. Smoots participated due  
          to her understanding of details of transactions  
          under review and C. Egan participated due to  
          her experience with tracing/transfer issues)  
          and Trustee R. Mason regarding case status and  
          strategy for litigation or settlement (.5)  
            Patricia K. Smoots

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                              Page    2
Invoice No. 91789799                                              July 31, 2015

| | | |
|---|---|---|
| 04/03/14 | Office conference with R. Mason regarding general settlement strategy in light of transfers under review<br>Patricia K. Smoots | .20 |
| 04/04/14 | Telephone conference with K. Lodge, counsel to MB Financial, regarding status of case and adversary proceedings<br>Patricia K. Smoots | .20 |
| 04/07/14 | Analyze personal property valuation issues for proposed settlement conference with counsel to debtor and to Michelle Klarchek<br>Patricia K. Smoots | 1.80 |
| 04/08/14 | Meeting with opposing counsel, Wolin, Peterson, Bauch (and with P. Smoots) regarding prospects for global settlement (1.5); conferring later with Peterson regarding same (.4)<br>Richard J. Mason PC | 1.90 |
| 04/08/14 | Attend settlement meeting with R. Mason, R. Peterson, P. Wolin and P. Bauch (P. Smoots attended due to her greater knowledge of grounds for revocation complaint and detailed challenges expected)<br>Patricia K. Smoots | 1.50 |
| 04/09/14 | Review series of correspondence with opposing counsel for clarification/greater articulation of Trustee's demands for settlement discussion purposes (.8); conference with R. Mason regarding broad settlement strategy and potential demands to be made (1.1)<br>Patricia K. Smoots | 1.90 |
| 04/10/14 | E-mail correspondence with counsel to Michelle Klarchek, P. Bauch, and debtor's counsel G. Stern, and M. O'Brien regarding factual and ownership matters in dispute for purposes of settlement discussions (3x)<br>Patricia K. Smoots | .50 |
| 04/11/14 | Conferring with P. Wolin and R. Peterson regarding prospect of an overall settlement<br>Richard J. Mason PC | .50 |

```
Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                              Page    3
Invoice No. 91789799                                              July 31, 2015
```

| Date | Description | Hours | |
|---|---|---|---|
| 04/16/14 | Conferring with Michelle Klarchek's counsel P. Bauch regarding whether his client would be willing to provide an accounting as part of a settlement discussion<br>    Richard J. Mason PC | .40 | |
| 04/16/14 | Office conference with R. Mason regarding demands made and potential overall settlement or litigation strategy<br>    Patricia K. Smoots | .50 | |
| 04/18/14 | Review/analyze competing settlement or litigation strategy options for discussions<br>    Patricia K. Smoots | .50 | |
| 04/22/14 | Telephone conference with R. Mason and debtor's counsel R. Peterson regarding settlement issues (.3); e-mail correspondence with opposing counsel M. O'Brien regarding same (.1)<br>    Patricia K. Smoots | .40 | |
| 04/29/14 | Post-hearing conferences with opposing counsel M. O'Brien, P. Bauch and R. Peterson regarding settlement and related issues<br>    Patricia K. Smoots | .50 | |
| <u>05/12/14</u> | <u>Conferring with S. Rasnak, G. Silver, P. Layng, and P. Smoots regarding various issues, including waiver of discharge</u><br>    <u>Richard J. Mason PC</u> | <u>1.00</u> | (1) Trustee Work |
| 05/12/14 | Participate in conference call with Trustee R. Mason, US Trustee P. Lang, and assistant U.S. Trustees G. Silver and S. Rasnak regarding case status, status of revocation of discharge action and related investigative matters (1.0) (P. Smoots participated due to knowledge of detailed transactions); review with trustee strategy related to potential litigation against insiders or settlement options (.6)<br>    Patricia K. Smoots | 1.60 | |
| 05/13/14 | Conferring with opposing counsel R. Peterson regarding potential settlement<br>    Richard J. Mason PC | .50 | |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                              Page    4
Invoice No. 91789799                                              July 31, 2015

| Date | Description | Hours |
|---|---|---|
| 05/20/14 | Draft/revise letter demand to R. Petersen and P. Bauch, debtor's counsel, Michelle Klarchek and RJK Investors' counsel, regarding information and disclosures needed in advance of settlement discussions (.9); review prior settlement demands/offers in preparation for meeting for propriety of global settlement discussions (.2)<br>    Patricia K. Smoots | 1.10 |
| 05/21/14 | Draft/revise detailed letter to R. Peterson and P. Bauch relating to settlement discussions and supporting information needed (1.3); e-mail correspondence to opposing counsel R. Peterson and P. Bauch regarding settlement discussions (.1)<br>    Patricia K. Smoots | 1.40 |
| 05/22/14 | Review correspondence from creditor Kubota Credit regarding sale of equipment and court order regarding same to evaluate potential claim/right of estate (.2); telephone call to Kubota regarding details of costs and estate's claim to proceeds (.1)<br>    Patricia K. Smoots | .30 |
| 05/27/14 | Conferring with debtor's counsel R. Peterson regarding potential settlement<br>    Richard J. Mason PC | .40 |
| 05/27/14 | Telephone conference with representative of Kubota Credit Corp regarding fees assessed against estate in connection with the sale of tractor and remittance of net proceeds to estate<br>    Patricia K. Smoots | .20 |
| 05/27/14 | Office conference with Trustee regarding settlement and litigation strategy<br>    Patricia K. Smoots | .30 |
| 06/04/14 | Conferring with debtor's counsel, R. Peterson regarding his assembly of information from debtor related primarily to personal property to facilitate settlement discussion<br>    Richard J. Mason PC | .40 |
| 06/09/14 | Telephone conference with R. Peterson and R. Mason regarding settlement issues and potential scope<br>    Patricia K. Smoots | .30 |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                              Page    5
Invoice No. 91789799                                              July 31, 2015

| Date | Description | Hours | |
|---|---|---|---|
| 06/10/14 | Office telephone conference with R. Mason regarding settlement and litigation strategy and options (2x) (.3); review debtor's and Michelle Klarchek's property/bank/other records provided to date for identification and analysis of potential new avoidance/recovery actions (1.5)<br>  Patricia K. Smoots | 1.80 | |
| 06/11/14 | Conferring with R. Peterson regarding interest in settlement and R. Klarchek's trip to Mayo Clinic<br>  Richard J. Mason PC | .30 | |
| 06/11/14 | <u>Attend portion of meeting with representative of TCF regarding possible insider litigation</u><br>  <u>Richard J. Mason PC</u> | <u>2.00</u> | (1) Trustee Work |
| 06/11/14 | Office conference regarding case status and strategy and potential information for claims against insiders or challenges to claims with V. Borst, C. Cooke and L. Czekaj of TCF Bank and attended in part, by R. Mason<br>  Patricia K. Smoots | 2.30 | |
| 06/12/14 | Conferring with P. Wolin regarding need to get disclosure and to meet to discuss settlement letter (.2); revising draft settlement letter (.3)<br>  Richard J. Mason PC | .50 | |
| 06/12/14 | Based upon recent conference call with creditor and with debtor's counsel, review/analyze past correspondence, disclosure and strategic positions for formulation of insider litigation theories or global settlement strategy (3.1)<br>  Patricia K. Smoots | 3.10 | |
| 06/24/14 | Conferring with K. Robinson regarding money at Northern Trust to which estate may have a right<br>  Richard J. Mason PC | .30 | |
| 06/24/14 | Conferring with R. Peterson regarding settlement<br>  Richard J. Mason PC | .50 | |
| 06/24/14 | Prepare for settlement discussion by reviewing strategies, antique summaries and records<br>  Patricia K. Smoots | 1.80 | |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                              Page    6
Invoice No. 91789799                                              July 31, 2015

| Date | Description | Hours |
|---|---|---|
| 06/25/14 | Review/analyze litigation records and debtor's examination testimony for reference as to personal property and potential rights of action or settlement<br>   Patricia K. Smoots | 2.90 |
| 06/25/14 | Conference with opposing counsel M. O'Brien and with P. Bauch (counsel to Michelle Klarchek) regarding settlement discussions and their assembly of records for review by Trustee as condition to settlement discussions (.4)<br>   Patricia K. Smoots | .40 |
| 06/26/14 | Conferring with R. Peterson, counsel to debtor, regarding his interest in settlement and need to meet<br>   Richard J. Mason PC | .50 |
| 06/27/14 | Review alternative, potential settlement parameters with Trustee<br>   Patricia K. Smoots | .40 |
| 06/30/14 | Preparing for settlement conference with Peterson and Klarchek by reviewing testimony and documents<br>   Richard J. Mason PC | 1.40 |
| 07/01/14 | Review prior negotiations and initial review of new materials provided by debtor for settlement discussion<br>   Patricia K. Smoots | 2.00 |
| 07/02/14 | Meeting with P. Smoots, R. Klarchek, R. Petersen and M. O'Brien to discuss settlement (2.0); draft memorandum to file regarding settlement issues (1.0)<br>   Richard J. Mason PC | 3.00 |
| 07/02/14 | Attend portion of settlement meeting with R. Mason, R. Peterson, M. O'Brien and the debtor (P. Smoots attended due to her more detailed knowledge of records of the transactions to be discussed with the debtor and his counsel) (1.5); prepare for settlement meeting by analyzing cash usage information and sale, disposition and transfer detail information provided by debtor in advance of meeting (3.4)<br>   Patricia K. Smoots | 4.90 |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                          Page    7
Invoice No. 91789799                                          July 31, 2015

| | | |
|---|---|---|
| 07/03/14 | Further review materials and memos provided by debtor for response to settlement proposal and for discussions with U.S.T. (2.7)<br>Patricia K. Smoots | 2.70 |
| 07/08/14 | Review/analysis of potential identifiable and recoverable assets for purposes of formulating counter-offer settlement<br>Patricia K. Smoots | .80 |
| 07/08/14 | Review records of transfers for purpose of evaluating potential claims to recover/trace assets received by Michelle Klarchek<br>Patricia K. Smoots | 1.30 |
| 07/09/14 | Extended telephone conference with R. Mason, S. Rasnak and (in part) G. Silver regarding revocation action and settlement discussions (.90) (P. Smoots participated due to her greater knowledge of the allegation of the revocation action complaints and procedural records)<br>Patricia K. Smoots | .90 |
| 07/09/14 | Review settlement strategy and formulate and draft potential counter proposal<br>Patricia K. Smoots | 1.80 |
| 07/10/14 | Conferring with R. Peterson regarding potential terms of settlement (.5); conferring with P. Bauch regarding potential settlement and proposed counter proposal (.8)<br>Richard J. Mason PC | 1.30 |
| 07/10/14 | E-mail correspondence with G. Silver (UST's office) regarding information obtained through examination of witnesses and subpoena production<br>Patricia K. Smoots | .20 |
| 07/10/14 | Review antique comparables for settlement strategy related to particular antiques<br>Patricia K. Smoots | 1.50 |
| 07/11/14 | Conferring with R. Peterson regarding his proposed potential terms of settlement<br>Richard J. Mason PC | .80 |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                              Page   8
Invoice No. 91789799                                              July 31, 2015

| Date | Description | Hours | |
|---|---|---|---|
| 07/11/14 | Review memos regarding valuables held by Michelle Klarchek for additional settlement discussions directed to Michelle Klarchek(.9); office conference with R. Mason regarding settlement issues (.5 @ n/c)<br>Patricia K. Smoots | .90 | |
| 07/16/14 | Draft summary of identified antiques and estimated values for counter-demand in settlement discussions<br>Patricia K. Smoots | 1.00 | |
| 07/17/14 | **Attend meeting with U.S. Trustee to discuss information obtained from examinations and subpoena production**<br>Richard J. Mason PC | **1.60** | (1) Trustee Work |
| 07/17/14 | Exchanging e-mails to arrange a joint meeting with R. Peterson, counsel to debtor, and U.S. Trustee<br>Richard J. Mason PC | .20 | |
| 07/17/14 | Review memos to file and debtor's examination transcript in preparation for UST meeting (.6); attend conference with R. Mason, S. Rasnak and G. Silver regarding revocation action and proposed settlement issues (1.6) (P. Smoots attended due to her greater knowledge of transactions and legal theories described in complaint)<br>Patricia K. Smoots | 2.20 | |
| 07/18/14 | Correspondence with P. Bauch, counsel to Michelle Klarchek, regarding Michelle Klarchek's potential liability relating to transfers.<br>Patricia K. Smoots | .30 | |
| 07/29/14 | Draft motion to extend time to assume/reject executory contracts<br>Paul J. Catanese | .40 | |
| 07/30/14 | Revise 7th Motion to Extend Time to Assume or Reject Extension Contracts<br>Paul J. Catanese | .10 | |
| 07/31/14 | Finalize motion to extend time to assume or reject<br>Paul J. Catanese | .20 | |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                                  Page    9
Invoice No. 91789799                                                  July 31, 2015

| | | |
|---|---|---|
| 08/04/14 | Preparing for joint meeting with debtor's counsel at UST Office regarding discharge (.5); attending meeting with R. Peterson, S. Rasnak and G. Silver (2.0)<br>    Richard J. Mason PC | 2.50 |
| 08/04/14 | Conference with opposing counsel M. O'Brien regarding settlement discussions and positions<br>    Patricia K. Smoots | .10 |
| 08/04/14 | Preparation and final selection of documents for Trustee's meeting with U.S. Trustee's office (.4); travel to/attend portion of conference with U.S. Trustee, R. Mason and debtor's attorneys R. Peterson and M. O'Brien (.4) (P. Smoots participated for the initial portion of the meeting due to her knowledge of certain transactions and events)<br>    Patricia K. Smoots | .80 |
| 08/05/14 | Conferring with debtor's counsel, R. Peterson regarding potential settlement terms (.3); review file to determine what I will offer (1.0)<br>    Richard J. Mason PC | 1.30 |
| 08/06/14 | Draft settlement offer (.8); conferring with R. Peterson regarding same (.4)<br>    Richard J. Mason PC | 1.20 |
| 08/07/14 | Review e-mail correspondence/offer and summary of personal property for alternative settlement proposal<br>    Patricia K. Smoots | .80 |
| 08/11/14 | Review series of events, examination exhibits and disclosures made at meeting with debtor and his counsel for use in preparation of demand letter to Michelle Klarchek (1.8); research related to legal theories of constructive trust, turnover and resulting trust (1.5); draft demand letter to counsel for Michelle Klarchek (2.1)<br>    Patricia K. Smoots | 5.40 |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                              Page   10
Invoice No. 91789799                                              July 31, 2015

| Date | Description | Hours |
|---|---|---|
| 08/12/14 | Revise proposed settlement overture to P. Bauch, counsel to M. Klarchek, related to personal property and interests (1.3); detailed analysis of personal property records and M. Klarchek and debtor transcripts for proposal regarding settlement with Michelle Klarchek (3.3)<br>    Patricia K. Smoots | 4.60 |
| 08/13/14 | Revise draft settlement discussion letter directed to P. Bauch<br>    Patricia K. Smoots | .40 |
| 08/15/14 | Conferring with R. Peterson regarding potential settlement with debtor<br>    Richard J. Mason PC | .30 |
| 08/18/14 | Reading file on potential claim against Mrs. Klarchek regarding antique ownership to assess strength of claim (1.4); conduct additional/related research regarding imposition of constructive trust as to items and proceeds (.5)<br>    Richard J. Mason PC | 1.90 |
| 08/21/14 | Conferring with R. Peterson regarding broad settlement (.3); review offers and information regarding antiques (.4); draft new offer (.5)<br>    Richard J. Mason PC | 1.20 |
| 08/21/14 | Conferring with P. Bauch regarding whether Michelle Klarchek supports debtor's settlement offer (.4); comparing offers and letter to Bauch regarding retained antiques (.4)<br>    Richard J. Mason PC | .80 |
| 08/21/14 | Review debtor's new settlement proposal (.1); prepare analysis of omitted property and its status for formulation of another counter-proposal (.5)<br>    Patricia K. Smoots | .60 |
| 08/22/14 | Further review/analysis of personal property and value for counter proposal of settlement to the debtor and directed to Michelle Klarchek<br>    Patricia K. Smoots | .90 |
| 08/25/14 | Reading e-mail from R. Petersen, debtor's counsel, regarding settlement and draft response to proposal<br>    Richard J. Mason PC | .10 |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                           Page   11
Invoice No. 91789799                                           July 31, 2015

08/25/14  Conferring with R. Peterson regarding              1.30
          settlement proposal (.2); conferring with P.
          Bauch regarding same proposed settlement
          directed to M. Klarchek(.2); working on further
          counter-offer (.9)
            Richard J. Mason PC

08/25/14  Appearing in court on motion to extend time to      .40
          assume or reject executory contracts and
          unexpired leases
            Richard J. Mason PC

08/26/14  Review/revise Trustee's draft settlement            .30
          proposal (.2); e-mail correspondence (2x) with
          opposing counsel regarding same and regarding
          debtor's request for inclusion of release of
          RJK Investors (.1)
            Patricia K. Smoots

08/28/14  Conferring with R. Petersen regarding               .80
          settlement and proposed broadened scope (.3);
          outlining structure of settlement documents
          (.5)
            Richard J. Mason PC

08/28/14  Commerce draft portions of settlement agreement   1.30
          (1.2); draft follow-up e-mail to R. Peterson
          regarding information on antiques (.1)
            Richard J. Mason PC

08/28/14  Telephone conference with M. O'Brien (2x)           .60
          regarding proposed settlement in principle
          (.1); take over and enhance outline of proposed
          settlement agreement (.5)
            Patricia K. Smoots

09/02/14  Review certain pleadings for assisting in draft    .50
          of global settlement
            Richard J. Mason PC

09/03/14  Review documents proposals regarding proposed      .50
          releases of debtor and others
            Richard J. Mason PC

09/04/14  Review settlement letters/e-mails and terms       4.40
          asserted for preparation of comprehensive
          settlement agreement (1.4); commence draft
          definitive settlement agreement (3.0)
            Patricia K. Smoots