## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | **Case No. 10bk44866** |
| **RICHARD KLARCHEK** | ) | |
| | ) | **Chapter 7** |
| | ) | |
| **Debtor.** | ) | **Honorable Timothy A. Barnes** |
| _____ | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO MCGUIREWOODS, LLP, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FOURTH INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**AND**
**ORDER CONTINUING REQUEST FOR COMPENSATION OF CERTAIN ENTRIES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 66,540.00 | TOTAL COSTS REQUESTED: | $ 944.43 |
| TOTAL FEES REDUCED: | $ 2,632.50 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES CONTINUED: | $ 20,610.00 | | |
| TOTAL FEES ALLOWED: | $ 43,297.50 | TOTAL COSTS ALLOWED: | $ 944.43 |

### TOTAL FEES AND COSTS ALLOWED: $ 44,241.93

This matter coming to be heard on the application for compensation (the "Application") of McGuireWoods, LLP ("Counsel"), counsel to Richard J. Mason, chapter 7 trustee of the estate of Richard J. Klarchek (the "Trustee"), the court, having considered the Application hereby orders as follows:

I.      Except as noted below and attached, Counsel's request for compensation and reimbursement of expenses is allowed.

II.     The attached time entries have, however, been underlined to reflect disallowance or continued for ruling.

III.    The basis for each disallowance or continuance is reflected by numerical notations that appear on the right of each underlined entry.  Where time entries by Counsel are noted as not allowed under one category, that is not an indication that such time entries were sufficient in other categories of compliance.  However, so as not to doubly penalize Counsel on requested time entries, the court has determined to disallow such time for only one reason.

IV.     The numerical notations correspond to the enumerated paragraphs below.

**(1)      Unreasonable Travel Time – TOTAL of disallowed amounts: $ 2,632.50**

The Court denies the allowance in part of compensation for travel time, where compensation at the normal hourly rate (not the customary one-half discounted rate) is sought without explanation. *In re Planter*, No. 08 B 16883, 2009 WL 1393691 (Bankr. N.D. Ill. May 18, 2009) (Barbosa, J.) ("this Court has routinely held that time spent traveling to and from a location typically shall be compensated at one-half of the attorneys' or other professionals' hourly rate."); *In re McKeeman*, 236 B.R. 667 (B.A.P. 8th Cir.1999); *In re Spanjer Bros., Inc.*, 191 B.R. 738, 755 (Bankr. N.D. Ill. 1996) (Squires, J.).

In this district, local travel is not compensated. Entries indicating travel, without parsing of time spent on just travel, were disallowed in full as the court could not determine the amount that was for travel only and, therefore, not compensable.

**(2)      Insufficient Description – TOTAL of disallowed amounts: $ 20,610.00**

The Court will continue the request of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted]  Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

In this case, counsel had many vague entries concerning reviewing documents for counsel with no indication of who counsel was and/or what the goal of the review was for. The rest of the application identified other counsel in conversations and goal of review so that the court could determine what was being billed for.

Instead of disallowing this category, the court will continue the request to allow counsel the opportunity to file amended time entries. Counsel may file those time entries on the docket or, if they need to be restricted, filed in accordance with the applicable Local Rules. Such amendment must be filed on or before **December 31, 2015**.

The hearing on the time entries marked as insufficient description is continued to **January 13, 2016** at 10:30 AM. Counsel may also bring the amended time entries to court for in camera review at this hearing.

Dated: December 16, 2015

_____
Timothy A. Barnes
United States Bankruptcy Judge

# McGUIREWOODS

Paul J. Catanese
312.750.3536

77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818

November 25, 2015

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 or (800) 775-2202

INVOICE NO. 91828625

The Bankruptcy Estate of Richard Klarchek
77 W. Wacker Dr.
Chicago, IL 60601

TAX ID NO.  54-0505857

JOINT GROUP #2063989

Current Invoice:
    Current Fees:                         $66,540.00
    Current Disbursements:           $944.43
    **Current Invoice Total:**              $67,484.43

Total Balance Due:                  $67,484.43

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

        McGuireWoods LLP
        Attn: Accounts Receivable
        800 E. Canal Street
        Richmond, VA 23219-3916

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGUIREWOODS

Paul J. Catanese
312.750.3536

77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818

November 25, 2015

The Bankruptcy Estate of Richard Klarchek
77 W. Wacker Dr.
Chicago, IL 60601

Bill Through: 10/31/15

INVOICE NO. 91828625                                TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Investigation of Estate, Klarchek Entities
    and Family Trust and Negotiation Documentation
    of Global Resolution
    Our File No.   2063989-0002

| | | |
|---|---|---|
| 06/02/15 Conferring with H. Rosen regarding painting transfer (.2)<br>Richard J. Mason PC | .20 | |
| 06/02/15 Prepare for court hearing on motion to approve global settlement (.4); travel to and from court (.4); court appearances before Judge Barnes on Motion to approve compromise-settlement with debtor and others (.4) (P. Smoots and Trustee both attended to ensure ability to respond to Court inquiries)<br>Patricia K. Smoots | 1.20 | (1) Travel Time |
| 06/12/15 Review file for supplementing information provided to counsel<br>Richard J. Mason PC | 1.30 | (2) Insufficient Description |
| 06/12/15 Email correspondence with G. Silver (office of U.S.T.) regarding logistics for closing settlement and timing of revocation of discharge<br>Patricia K. Smoots | .20 | |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                    Page    2
Invoice No. 91828625                                    November 25, 2015

| | | | |
|---|---|---|---|
| 06/15/15 | Review chronology, pleadings and correspondence for summary of events for meeting with attorneys (2.0); commence draft letter summarizing events for counsel (1.0)<br>Patricia K. Smoots | 3.00 | (2) Insufficient Description |
| 06/17/15 | Telephone conference with A. Allen regarding assembly of documents for dismissal orders<br>Patricia K. Smoots | .20 | |
| 06/23/15 | Telephone conference with A. Allen regarding closing (.1); email correspondence with opposing counsel and U.S. Trustee regarding materials inadvertently omitted from settlement approval order (.3)<br>Patricia K. Smoots | .40 | |
| 06/24/15 | Confer with R. Peterson regarding closing issues<br>Richard J. Mason PC | .40 | |
| 06/25/15 | Confer with R. Peterson regarding closing issues and antique receipts<br>Richard J. Mason PC | .30 | |
| 06/25/15 | Office telephone conference with A. Allen regarding scheduling of closing and form of bills of sale<br>Patricia K. Smoots | .10 | |
| 06/29/15 | Review/revising draft letter to counsel regarding antique issues<br>Richard J. Mason PC | .40 | |
| 06/29/15 | Summarize remaining issues in letter to UST's office<br>Patricia K. Smoots | .70 | |
| 06/29/15 | Telephone conference with R. Peterson regarding requested/negotiated changes to bills of sale (.5); review closing requirements and direct assembly of tax records for delivery (.4); further preparations for closing (1.0 @ N/C)<br>Patricia K. Smoots | .90 | |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                    Page   3
Invoice No. 91828625                                    November 25, 2015

| Date | Description | Hours |
|---|---|---|
| 06/30/15 | Email correspondence with A. Allen (3x) regarding closing logistics (.2); revise letter to UST regarding amended statement of financial affairs (.5); prepare closing list and documents for settlement (1.0); telephone conferences (2x) with A. Allen regarding closing (.3); office conferences (3x) with Trustee regarding closing logistics and discussions with L. Hindman regarding forms of bill of sale (1.5 @ N/C)<br>Patricia K. Smoots | 1.90 |
| 07/01/15 | Meeting with R. Peterson regarding closing of settlement and discussing remaining legal issues<br>Richard J. Mason PC | .50 |
| 07/01/15 | Telephone conferences and email correspondence with opposing counsel A. Allen regarding final closing documents (.5); assembly of records for the closing (1.6 @ n/c); attend closing with R. Peterson and exchange documents and records (.9); reconcile closing disclosures with prior positions taken by the debtor (.6)<br>Patricia K. Smoots | 2.00 |
| 07/02/15 | Review transcript and prior documentation related to Debtor's basis in condominiums and certain antiques to resolve ambiguities(.5); email correspondence to Debtor's counsel, R. Peterson, regarding clarification of tax basis figures (.1); follow-up on closing records, orders and remaining issues (1.3 @ n/c)<br>Patricia K. Smoots | .60 |
| 07/06/15 | Email correspondence with R. Peterson and H. Rosen regarding finalizing dismissal order (.1); file district court voluntary dismissal orders (.1); prepare/submit emails to counsel and bankruptcy court relating to dismissal of adversary proceeding pursuant to settlement (.4)<br>Patricia K. Smoots | .60 |
| 07/14/15 | Email exchanges with opposing counsel R. Peterson regarding follow-up of items from closing and entry of lift stay order<br>Patricia K. Smoots | .10 |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                                Page    4
Invoice No. 91828625                                            November 25, 2015

07/15/15 Prepare for hearing on motion pursuant to          1.70   (1) Travel Time
         Section 363(b) to sell certain property and to
         retain auctioneer (.3); court appearance on
         motion to sell (.7); travel to/from court (.6);
         email correspondence with auctioneers (C.
         Thielen of LHA) regarding approval of
         retention, delivery of bond and tender of
         provenance documents (.1)
            Patricia K. Smoots

07/20/15 Review additional materials provided by R.          .20
         Peterson counsel to the debtor, regarding tax
         basis for debtor's property interests -
         condominium and certain settlement valuables
            Patricia K. Smoots

07/24/15 Draft/revise demand letter to P. Wilcox of          .30
         Wolin & Rosen and Gilson accounting firm
         regarding information related to valuables
         transferred to them (.3)
            Patricia K. Smoots

07/28/15 Review file related to transaction Louis XIV       1.90
         Mirror for Trustee's discussions with counsel
            Paul J. Catanese

07/29/15 Conferring with attorney S. Rasnak regarding       3.10
         conference calls in the afternoon (.4);
         preparing for conference call by reviewing
         documents and creating chronology (1.2);
         conferring with attorneys regarding
         transactions (1.5)
            Richard J. Mason PC

07/29/15 Office conferences (3x) with trustee regarding     2.50
         documents and information needed for his
         upcoming legal conference call (1.0 @ n/c);
         review records in preparation for participating
         in meeting with attorneys (.9); participate in
         telephone conference with trustee and U.S.
         trustee (P. Smoots participated due to her
         greater familiarity with certain transactions
         and events) (1.5); email correspondence with
         opposing counsel, R. Peterson, regarding lift
         stay order (.1)
            Patricia K. Smoots

07/29/15 Continued investigation of matters related to      1.00
         sale of mirror
            Paul J. Catanese

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                          Page   5
Invoice No. 91828625                                          November 25, 2015

| | | | |
|---|---|---|---|
| 07/30/15 | <u>Review transcripts and exhibits to respond to attorney requests for information (1.5)</u>; direct repetitive transmittals to attorneys (1.0 @ n/c)<br>Patricia K. Smoots | 1.50 | (2) Insufficient Description |
| 07/31/15 | Telephone conference with D. Welch counsel to P. Wolin, regarding investigation of transfer to P. Wolin<br>Patricia K. Smoots | .10 | |
| 08/03/15 | Email correspondence (3x) to D. Welch, counsel to P. Wolin, reschedule conference (.10), telephone conference with D. Welch and G. Grace, counsel to P. Wolin regarding information sought by Trustee (.40), email correspondence to R. Mason (2x) regarding strategy for obtaining necessary information (.10 @ no charge)<br>Patricia K. Smoots | .50 | |
| 08/04/15 | Conference with G. Crane, counsel to P. Wolin, regarding production of documents and pertaining to painting given to law firm and how ownership was legally transferred<br>Richard J. Mason PC | .40 | |
| 08/06/15 | <u>Reviewing/legal analysis of aspects of file in preparation for meeting with attorneys</u><br>Richard J. Mason PC | 2.00 | (2) Insufficient Description |
| 08/07/15 | Conferring at length with attorney M. Leipold regarding background to litigation his creditor/client can determine whether to proceed versus Klarchek<br>Richard J. Mason PC | .50 | |
| 08/17/15 | Draft document request rider for subpoena to P. Wolin and Wolin & Rosen<br>Patricia K. Smoots | .20 | |
| 08/17/15 | Prepare subpoena to produce documents to be served on Philip Wolin and Wolin & Rosen c/o David Welch (.5); Time was also spent drafting a corresponding letter to go with the subpoena (.2)<br>Justin M. LeClaire | .70 | |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                          Page    6
Invoice No. 91828625                                         November 25, 2015

08/18/15 Extended meeting with R. Mason and attorneys          .00
         regarding Klarchek chronology and analysis (1.5
         @ n/c)
         Patricia K. Smoots

08/19/15 Reviewing transcripts and exhibits for               1.40    (2) Insufficient
         attorneys for officials to ensure that                       Description
         confidentiality is honored
         Richard J. Mason PC

08/21/15 Email correspondence with D. Welch regarding          .10
         subpoena to P. Wolin (.1); review files and
         collect information for response to attorney
         requests for the same (1.0 @ n/c)
         Patricia K. Smoots

08/26/15 Examining files regarding what is to be              1.80    (2) Insufficient
         produced at request of attorney                              Description
         Richard J. Mason PC

08/28/15 Reading confidentiality agreement (.2);              1.20
         conferring with attorney regarding restrictions
         (.2); conferring with K. Egan regarding same
         (.2); drafting email regarding analysis of
         confidentiality restrictions same to D. Ey (.6)
         Richard J. Mason PC

08/28/15 Initial (summary) review of documents produced       .30
         by P. Wolin and Wolin & Rosen
         Patricia K. Smoots

08/31/15 Conferring with D. Ey and C. Egan regarding         2.10    (2) Insufficient
         requested documents and best production                     Description
         procedures (.5); combing through and analyzing
         files regarding confidentiality issues (1.6)
         Richard J. Mason PC

09/01/15 Combing through five deposition transcripts and     5.00    (2) Insufficient
         exhibits to remove confidential information in              Description
         preparation for production
         Richard J. Mason PC

09/02/15 Continued combing through documents and             4.50    (2) Insufficient
         transcripts for documents requested by attorney             Description
         Richard J. Mason PC

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                              Page    7
Invoice No. 91828625                                             November 25, 2015

09/04/15  Continued sifting through files for requested          3.70    (2) Insufficient
          information and pulling out confidential                       Description
          material (3.0); revising letter summarizing
          legal issues and confidentiality restrictions
          to attorney (.4)
              Richard J. Mason PC

09/09/15  Conferring with opposing counsel D. Welch               .80
          regarding need to get explanation for
          circumstances in which Wolin received artwork
          and whether Wolin is representing Gilson (.4);
          conferring with D. Welch regarding his decision
          to represent Gilson and need to meet with P.
          Wolin after family survey (.4)
              Richard J. Mason PC

09/22/15  Office conference with R. Mason regarding               .00
          further investigation of property transfers (.2
          @ n/c)
              Patricia K. Smoots

09/24/15  Draft follow-up letter to D. Gilson (.2); draft         .70
          motion to conduct 2004 exam of D. Gilson (.5)
              Patricia K. Smoots

09/28/15  Draft/revise motion for Rule 2004 exam of S.            .40
          Gilson
              Patricia K. Smoots

10/06/15  Drafting memo to file evaluating claim with            1.00
          Wolin
              Richard J. Mason PC

10/06/15  Travel to and attend meeting with P. Wolin and        1.00    (1) Travel Time
          his counsel and with trustee regarding
          investigation of circumstances surrounding
          debtor's transfer of personal property (1.0)
              Patricia K. Smoots

10/07/15  Revising memo regarding Wolin meeting                   .40
              Richard J. Mason PC

10/20/15  Draft document request order for S. Gilson              .30
          (.2); email correspondence to D. Welch
          regarding acceptance of subpoena re same (.1)
              Patricia K. Smoots

10/20/15  Prepare subpoena directed to Steven Gilson;             .60
          draft subpoena enclosure letter for David Welch
              Justin M. LeClaire

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                    Page   8
Invoice No. 91828625                                    November 25, 2015

10/27/15  Email correspondence with D. Welch (2x)                .10
          regarding responses to subpoena directed to S.
          Gilson and regarding meeting schedule
             Patricia K. Smoots

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Richard J. Mason PC | $825.00 | 31.0 | $25,575.00 |
| Patricia K. Smoots | $675.00 | 21.8 | $14,715.00 |
| Paul J. Catanese | $495.00 | 2.9 | $1,435.50 |
| Justin M. LeClaire | $240.00 | 1.3 | $312.00 |
| TOTAL FEES | | 57.0 | $42,037.50 |

TOTAL FOR MATTER 2063989-0002                       $42,037.50

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                    Page   9
Invoice No. 91828625                                    November 25, 2015

Re: Retention of Professionals and Preparation
    of Compensation Applications
    Our File No.   2063989-0005

06/02/15  Revise order related to retention of claims          .10
          counsel
          Patricia K. Smoots

06/03/15  Review time detail and remove time incorrectly      1.70
          billed for fee petition
          Patricia K. Smoots

06/12/15  Draft Declaration of auctioneer L. Hindman in        .60
          accordance with her disclosures
          Patricia K. Smoots

06/16/15  Review time detail for McGuireWoods fee              .80
          application
          Patricia K. Smoots

06/18/15  Continued email exchanges with C. Thielen of         .20
          Leslie Hindman auctioneers regarding
          corrections to form of declaration and LHA's
          additional prior dealings with debtor (.2)
          Patricia K. Smoots

06/19/15  Review L. Hindman's draft declaration (as           2.10
          revised by her) (.1); telephone conferences
          (2x) with C. Thielen of LHA regarding
          additional information needed for declaration
          (.3); email correspondence (2x) with C. Thielen
          regarding form of declaration and additional
          disclosures to be made (.1); draft portions of
          motion to retain LHA (1.6)
          Patricia K. Smoots

06/22/15  Email correspondence with L. Hindman's office        .20
          regarding reserve amounts for auction, form of
          declaration draft and motion to retain L.
          Hindman Auctioneers and for authority to sell
          Patricia K. Smoots

06/22/15  Draft portions of motion to retain L. Hindman       3.90
          Auctioneers relating to scope of authority to
          sell and auction proposal
          Patricia K. Smoots

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                    Page  10
Invoice No. 91828625                                    November 25, 2015

06/23/15  Read motion to approve consignment agreement         .50
          and make revisions
            Richard J. Mason PC

06/23/15  Telephone conference with C. Thielen regarding       .50
          additional disclosures in declaration of L.
          Hindman and regarding form of bills of sale
          (.2); email exchanges (4x) with C. Thielen
          regarding forms of charges and final execution
          of Consignment Agreement (.3)
            Patricia K. Smoots

07/06/15  Further review of McGuireWoods time detail and       .90
          cut time where appropriate
            Patricia K. Smoots

07/07/15  Further review in time detail and cut time for      1.90
          fee application
            Patricia K. Smoots

07/08/15  Email correspondence with Horwich Coleman and        .10
          Levin regarding form of invoices needed for
          compensation application
            Patricia K. Smoots

07/09/15  Review new and corrected information sent by          .40
          auctioneer L. Hindman (.1); draft proposed
          changes to L. Hindman's declaration to convert
          it into a supplemental declaration for filing
          with the Court (.2); email correspondence (2x)
          with C. Thielen of LHA regarding execution and
          return of supplemental declaration of
          auctioneer L. Hindman (.1)
            Patricia K. Smoots

07/13/15  Email correspondence with C. Thielen of LHA          .10
          regarding copy of bond
            Patricia K. Smoots

07/14/15  Further review time detail - remove or zero out     1.40
          to n/c entries not eligible for compensation
          per court's last ruling
            Patricia K. Smoots

07/24/15  Draft portions of McGuireWoods fee application      1.30
          (.7); draft HCL fee application (.6)
            Patricia K. Smoots

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                    Page  11
Invoice No. 91828625                                    November 25, 2015


08/05/15 Revise fee applications, detailed service          1.40
         descriptions and summary of fees by category
         and expenses incurred
         Patricia K. Smoots

08/07/15 Finalize fourth application of HCL for fees as      .30
         accountants for the estate
         Patricia K. Smoots

09/02/15 Court appearance to present McGuireWoods and        .30
         Horwich Coleman fee application requests (.3)
         Patricia K. Smoots


| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Richard J. Mason PC | $825.00 | 0.5 | $412.50 |
| Patricia K. Smoots | $675.00 | 18.2 | $12,285.00 |
| TOTAL FEES | | 18.7 | $12,697.50 |


TOTAL FOR MATTER 2063989-0005                    $12,697.50

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                        Page  12
Invoice No. 91828625                                        November 25, 2015

Re: Personal Property
    Our File No.   2063989-0006

06/01/15  Review sample sale catalogs and price sheets            .30
          received from L. Hindman Auctioneers to review
          ordinary approach and terms of consignment
              Patricia K. Smoots

06/03/15  Reviewing/recommending revisions to Leslie             .50
          Hindman agreement
              Richard J. Mason PC

06/04/15  Research requirements of auctioneer under the         1.70
          UST guidelines and revise auctioneer's
          agreement to conform (.5); conferring with
          auctioneer regarding changes to agreement to
          meet UST guidelines (.4); conferring with
          counsel for UST re funding (.4); drafting email
          to L. Hindman regarding changes to agreement
          (.4)
              Richard J. Mason PC

06/11/15  Review emails related to retention terms bond          .20
          information for auctioneer retention
              Patricia K. Smoots

06/12/15  Office conference with R. Mason regarding             1.70
          retention of LHA as auctioneers (.2 @ n/c);
          revise draft consignment agreement to include
          bonding requirement, segregation of proceeds,
          and details, sworn report of proceeds and
          turnover of proceeds (1.6); telephone call to
          C. Thielen regarding changes to agreement and
          regarding filing requirements and affidavits
          needed (.1)
              Patricia K. Smoots

06/15/15  Telephone conferences and email correspondence         .60
          with C. Thielen (3x) of L. Hindman Auctioneers
          regarding revising terms of consignment to
          include, among others, the bond requirement and
          settlement statement (.4); further
          revisions/corrections to consignment agreement
          (.2)
              Patricia K. Smoots

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                    Page 13
Invoice No. 91828625                                    November 25, 2015

06/24/15  Email correspondence (3x) with C. Thielen          .30
          regarding assembly of property and moving it to
          LHA for auction preparation (.2); email
          correspondence and telephone calls to/with
          opposing counsel R. Peterson and A. Allen
          regarding surrender of property pursuant to
          settlement agreement (.1)
          Patricia K. Smoots

06/25/15  Telephone conferences and email correspondence     1.30
          (2x) with C. Thielen of LHA regarding logistics
          for collecting antiques for sale (.3); further
          arrangements for scheduling retrievals of
          antiques (.5 @ N/C); draft portions of motion
          related to authority to sell pursuant to
          Section 363 (1.0)
          Patricia K. Smoots

06/26/15  Revise/finalize draft motion to sell property      2.40
          of the estate pursuant to Section 363 (1.4);
          draft orders for sale of estate property (.4);
          email correspondence with C. Thielen regarding
          LHA's receipt of property (.1); telephone
          conferences (2x) with A. Allen regarding
          logistics for moving antiques (.5)
          Patricia K. Smoots

07/01/15  Telephone conference with L. Hindman and C.         .40
          Thielen regarding documents needed related to
          antique provenance (.1); modify bills of sale
          in accordance with Leslie Hindman's comments
          (.3)
          Patricia K. Smoots

07/21/15  Visit to LHA to view antiques and procedures       1.20
          for auction (1.0); review bond (.1); telephone
          conference with UST and email correspondence
          with C. Thielen of LHA regarding form of bond
          (.1)
          Patricia K. Smoots

07/24/15  Locate and review U.S. Trustee correspondence       .40
          and bond forms required by U.S. Trustee (.2);
          email exchanges (2x) with Colleen Thielen of
          LHA regarding need for revised form of bond
          (.2)
          Patricia K. Smoots

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                      Page  14
Invoice No. 91828625                                      November 25, 2015

08/10/15  Telephone conference with L. Hindman's office          .10
          representative, C. Thielen regarding resolving
          UST issues relating to form of bond
          Patricia K. Smoots

09/11/15  Email correspondence with B. Wakefield of the          .10
          U.S. Trustee's office regarding acceptable form
          of auctioneer's bond
          Patricia K. Smoots

09/14/15  Telephone conference and correspondence with           .10
          Bob Wakefield (U.S. Trustee's office)
          confirming acceptance of auctioneer's bond
          Patricia K. Smoots

10/05/15  Review correspondence from LHA (auctioneers)           .10
          regarding setting reserves for the upcoming
          auction
          Patricia K. Smoots

10/06/15  Review consignment agreement and court orders          .40
          relating to reserves for upcoming auction (.3);
          email correspondence to/from C. Thielen of LHA
          auctioneers regarding setting reserves (.1)
          Patricia K. Smoots

10/19/15  Voicemail message/telephone conference with C.         .30
          Thielen regarding initial indications of
          interest and adequacy of reserve amounts (.2);
          confirming email/correspondence with C. Thielen
          regarding adjustment of reserves (.1)
          Patricia K. Smoots

10/21/15  Telephone conference and follow-up email with          .10
          K. Finn of LHA Auctioneers regarding auction
          results/breakdown of sales
          Patricia K. Smoots

10/27/15  Email correspondence from C. Thielen regarding         .10
          private offer for antiques not sold at auction
          and review court order for language relating to
          authorization (.1)
          Patricia K. Smoots

10/28/15  Email correspondence (3x) with C. Thielen              .30
          regarding disposition of property not sold at
          auction (.2); review court order language
          relating to disposition of unsold property (.1)
          Patricia K. Smoots

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                    Page  15
Invoice No. 91828625                                    November 25, 2015

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Richard J. Mason PC | $825.00 | 2.2 | $1,815.00 |
| Patricia K. Smoots | $675.00 | 10.4 | $7,020.00 |
| TOTAL FEES | | 12.6 | $8,835.00 |

TOTAL FOR MATTER 2063989-0006                          $8,835.00

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                          Page  16
Invoice No. 91828625                          November 25, 2015

**Re: TCF Bank Adversary Proceeding**
**Our File No.  2063989-0008**

06/01/15  Telephone conference with V. Borst and C.          .10
          Cooke, counsel to TCF, regarding impact of
          settlement on adversary
          Patricia K. Smoots

06/22/15  Telephone conference with V. Borst regarding       .10
          agreed dismissal of adversary
          Patricia K. Smoots

06/23/15  Travel to and attend status conference on          .30    (1) Travel Time
          adversary (time divided)
          Patricia K. Smoots

07/06/15  Prepare agreed dismissal of adversary order        .60
          (.5); email correspondence with TCF's counsel,
          V. Borst, and C. Cooke regarding logistics for
          entry of dismissal order (.1)
          Patricia K. Smoots

07/09/15  Email correspondence with V. Borst and C. Cooke    .10
          regarding form of dismissal order
          Patricia K. Smoots

07/15/15  Telephone conference and email correspondence      .30
          (2x) to/from B. Borst regarding form of
          stipulation and order of dismissal (.1); modify
          dismissal order (2x) at opposing counsel's
          request, to preserve proof of claim and
          objections to claim (.2)
          Patricia K. Smoots

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patricia K. Smoots | $675.00 | 1.5 | $1,012.50 |
| TOTAL FEES | | 1.5 | $1,012.50 |

TOTAL FOR MATTER 2063989-0008                    $1,012.50

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                      Page  17
Invoice No. 91828625                                      November 25, 2015


**Re: Berkley Retail Adversary Proceedings**
**    Our File No.   2063989-0009**


06/23/15  <u>Travel to and attend status conference on</u>              .30   (1) Travel Time
          <u>adversary</u> <u>(time divided)</u> <u>(.3)</u>
            Patricia K. Smoots

06/29/15  Telephone conference with H. Rosen regarding            .10
            status hearing before Judge Coleman
            Patricia K. Smoots

06/30/15  <u>Travel to and final court appearance before</u>          1.50   (1) Travel Time
          <u>Judge Coleman on district court cases to report</u>
          <u>settlement and report agreed dismissal as moot</u>
          <u>and to obtain authority to dismiss adversary</u>
          <u>proceeding (.9);</u> telephone conference with
            Debtor's counsel R. Peterson regarding
            preparation of dismissal order (.1); draft a
            stipulated order of dismissal (.5)
            Patricia K. Smoots


| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patricia K. Smoots | $675.00 | 1.9 | $1,282.50 |
| TOTAL FEES | | 1.9 | $1,282.50 |


          TOTAL FOR MATTER 2063989-0009                    $1,282.50

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                    Page  18
Invoice No. 91828625                                    November 25, 2015

Re: Revocation of Discharge
    Our File No.   2063989-0010

| | | | | |
|---|---|---|---|---|
| 06/23/15 | Travel to attend status conference on adversary<br>    Patricia K. Smoots | .40 | (1) Travel Time | |
| 07/06/15 | Prepare/submit emails to counsel and to court<br>    relating to revocation of discharge and<br>    (separately) relating to final judgment<br>    revoking discharge<br>    Patricia K. Smoots | .60 | | |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patricia K. Smoots | $675.00 | 1.0 | $675.00 |
| TOTAL FEES | | 1.0 | $675.00 |

TOTAL FOR MATTER 2063989-0010                          $675.00

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                    Page  19
Invoice No. 91828625                                    November 25, 2015

Re: Expenses
    Our File No.   2063989-0099

Disbursements and Other Expenses:
| | | |
|---|---|---:|
| | Copy Charges | $742.20 |
| | Postal Service Charges | $180.56 |
| 06/08/15 | Chicago Messenger Service Inc - Chicago Messenger - Inv# 790256 dated 05/31/15 Delivery to Honorable Timothy Barnes/ US Bankruptcy Court 05/27/15 from P Smoots Inv# 790256 Date: 05/31/2015 | $8.00 |
| 09/18/15 | FedEx Priority Overnight to CHICAGO IL US Tracking #:  781356140228 | $13.67 |
| | TOTAL EXPENSES | $944.43 |
| | TOTAL FOR MATTER 2063989-0099 | $944.43 |

Richard Klarchek, The Bankruptcy Estate of
File Number: 2063989                                        Page  20
Invoice No. 91828625                                        November 25, 2015

Summary of Fees and Expenses:

      Total Fees for all Matters:          $66,540.00

      Total Expenses for all Matters:          $944.43

      Total for this Invoice:          $67,484.43