### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 10-44866 |
| **RICHARD J. KLARCHEK,** | ) | |
| | ) | Hon. Timothy A. Barnes |
| Debtor. | ) | |
| | ) | Hearing date: September 6, 2016 |
| | ) | Hearing time: 10:00 a.m. |

### NOTICE OF WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM

TO:   PERSONS LISTED ON THE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE THAT** on **Monday, September 12, 2016,** the undersigned filed this **Notice of Withdrawal of Objection to Proof of Claim** with the Clerk of the United States Bankruptcy Court at 219 S. Dearborn Street, Chicago, Illinois withdrawing the **TRUSTEE'S OBJECTION TO PROOF OF CLAIM NUMBER 40 FILED BY TCF NATIONAL BANK [Docket No. 742]** (the "Trustee's Objection to Claim").  The Trustee's Objection to Claim is hereby withdrawn.  A copy of this Notice of Withdrawal of Objection to Proof of Claim is hereby served upon you.

Dated:  September 12, 2016            Richard J. Mason, Chapter 7 Trustee of the
                                      Bankruptcy Estate of Richard J. Klarchek


                                      By: /s/ Michael M. Schmahl
                                              One of his Attorneys


Michael M. Schmahl
Pollick & Schmahl, LLC
1319 N. Wood Street
Suite # 3B
Chicago, Illinois  60622
(312) 498-1477
mschmahl@pollickschmahl.com

1

## CERTIFICATE OF SERVICE

    I, Michael M. Schmahl, do hereby certify that, on this 12th day of September, 2016, I caused the above described **Notice of Withdrawal of Objection to Proof of Claim** to be served through the Court's electronic filing system on all persons who have consented to such service to all persons on the attached Service List.

                                                  /s/   Michael M. Schmahl

67037766_1

**PARTIES THAT FILED APPEARANCES VIA ECF**

David F. Standa
Michael T. Benz
Chapman and Cutler LLP
111 W. Monroe St.
Chicago, IL 60603

Timothy S. McFadden
Kevin C. Driscoll, Jr.
Peter A. Clark
Barnes & Thornburg, LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606

David A. Kallick
Alexander D. Kerr, Jr.
Tishler & Wald, Ltd.
200 S. Wacker Drive
Suite 3000
Chicago, IL 60606

Courtney E. Barr
Locke Lord Bissell & Liddell LLP
111 S. Wacker Drive
Chicago, IL 60606

Francis X. Buckley Jr.
Thompson Coburn LLP
55 East Monroe
37th Floor
Chicago, IL 60603

Lauren N. Nachinson
Faye B. Feinstein
Quarles & Brady LLP
300 N. LaSalle Street
Suite 4000
Chicago, IL 60654

Office of the US Trustee
Region 11
219 S. Dearborn Street
Room 873

Chicago, IL 60604

Ashley L. Varterasian
Belongia Shapiro & Franklin LLP
20 S. Clark Street
Suite 300
Chicago, IL 60603

William S. Schwartz
Levenfeld Pearlstein LLC
2 N. LaSalle Street
Suite 1300
Chicago, IL 60602

Jeffrey L. Gansberg
Much Shelist et al.
191 N. Wacker Drive
Suite 1800
Chicago, IL 60606

Alan K. Mills
Lisa Updike
Barnes & Thornburg
11 S. Meridian Street
Indianapolis, IN 46204

Kathleen A. Stetsko
Perkins Coie LLP
131 S. Dearborn Street
Suite 1700
Chicago, IL 60603

Bates M. Larson
Perkins Coie LLP
131 S. Dearborn Street
Suite 1700
Chicago, IL 60603

Vincent T. Borst
Robbins Salomon & Patt Ltd.
25 East Washington Street
Suite 1000
Chicago, IL 60602

Richard H. Fimoff

3

Robbins Salomon & Patt Ltd.
25 East Washington Street
Suite 1000
Chicago, IL 60602

John A. Benson Jr.
Belongia Shapiro & Franklin LLP
20 South Clark Street
Suite 300
Chicago, IL 60603

Cara M. Houck
Miller Canfield Paddock and Stone, PLC
225 West Washington Street
Suite 2600
Chicago, IL 60603

Ann E. Pille
Reed Smith LLP
10 South Wacker Drive
Suite 4000
Chicago, IL 60606

Richard H. Porter
Gonzalez Saggio & Harlan LLP
225 E. Michigan 4th Floor
Milwaukee, WI 53202
Michael L. Sherman
120 South LaSalle Street
Suite 1460
Chicago, IL 60603

Matthew T. Gensburg
Geenberg Traurig LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601

Timothy S. McFadden
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL  60606

Paul M. Bauch
Carolina Y. Sales
Kenneth A. Michaels, Jr.
Luke J. Hinkle
Bauch & Michaels, LLC
53 W. Jackson Blvd., #1115
Chicago, IL 60604

James B. Gottlieb
Chuhak & Tecson P.C.
30 South Wacker Drive
Suite 2600
Chicago, IL 60606

Bruce de'Medici
Mark D. Belongia
Shelley Smith
Belongia Shapiro & Franklin LLP
20 South Clark Street
Suite 300
Chicago IL 60603

Catherine A. Cooke
Robbins Salomon & Patt Ltd.
25 E. Washington Street
Suite 1000
Chicago, IL 60602

Teresa M. Dickinson
Marc I. Fenton
Statman Harris & Eyrich LLC
200 W. Madison Street
Suite 3820
Chicago, IL 60606

David J. Gold
Perkins Coie LLP
131 S. Dearborn Street
Suite 1700
Chicago, IL 60603

Brian A. Raynor
Locke Lord LLP
111 South Wacker Dr.
Chicago, IL 60606

1