IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **RICHARD J. KLARCHEK,** | ) | Case No. 10-44866 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | |
| | ) | Hearing Date:  December 13, 2016 |
| | ) | Hearing Time:  10:00 a.m. |

<u>**NOTICE OF SIXTH AND FINAL APPLICATION OF
HORWICH COLEMAN LEVIN, LLC FOR ALLOWANCE AND PAYMENT OF
PROFESSIONAL COMPENSATION AS ACCOUNTANTS TO THE TRUSTEE**</u>

To:    See Attached Service List

On November 21, 2016, Richard J. Mason, not individually, but solely as the Chapter 7 Trustee of the bankruptcy estate of the above-captioned Debtor ("Trustee") filed the **Sixth And Final Application Of Horwich Coleman Levin, LLC For Allowance And Payment Of Professional Compensation As Accountants To The Trustee (the "Application").** The Trustee seeks authority to pay Horwich Coleman Levin, LLC $7,219.50 in compensation.  A copy of the Application and supporting documentation is attached hereto.

A hearing (the "Hearing") will be held on the Application on **Tuesday, December 13, 2016**, at the hour of **10:00 a.m.** before the Honorable Timothy A. Barnes, United States Bankruptcy Judge (or any judge who may be sitting in his stead) in Courtroom 613 of the Bankruptcy Court located at 219 South Dearborn Street, Chicago, Illinois.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Application, then on or before the hearing on **Tuesday, December 13**, **2016**, you or your attorney must file a written Objection to the

Application, which should explain the reasons why you object, with the Clerk of the Bankruptcy Court at 219 South Dearborn Street, Chicago, Illinois, and/or appear at the Hearing on **Tuesday, December 13, 2016,** at **10:00 a.m.**

If you do not object, the Court may grant the relief requested.

Richard J. Mason, not individually, but solely as the Trustee of the Chapter 7 Bankruptcy Estate of Richard J. Klarchek

By:　/s/ Patricia K. Smoots
　　　One of his Attorneys

Richard J. Mason, P.C.
Patricia K. Smoots
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, IL  60601-1815
(312) 849-8100
*Counsel to Richard J. Mason, Trustee*

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that she caused copies of the foregoing **Sixth And Final Application Of Horwich Coleman Levin, LLC For Allowance And Payment Of Professional Compensation As Accountants To The Trustee (the "Application") and the Notice of the same** to be served on this 21st day of November, 2016, via the Court's electronic filing system on all parties who have consented to receipt of such service and upon all other persons on the attached Service List via United States mail, proper postage prepaid.

              /s/ *Patricia K. Smoots*
              Patricia K. Smoots

# I. Mailing Information for Case 10-44866

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Courtney E Barr    cbarr@lockelord.com, chicagodocket@lockelord.com;;pwilliams@lockelord.com
- Paul M Bauch    pbauch@bauch-michaels.com, smohan@bauch-michaels.com
- Mark D Belongia    mbelongia@duanemorris.com, marsha.sullivan@duanemorris.com
- John A Benson    jbenson@tetzlafflegal.com, dwolski@tetzlafflegal.com;nwolf@tetzlafflegal.com
- Michael T. Benz    benz@chapman.com, eickmann@chapman.com
- Lauren N. Beslow    Lauren.Beslow@quarles.com
- Vincent T Borst    vborst@rsplaw.com
- Vincent T Borst    vborst@rsplaw.com
- Francis X Buckley    fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com
- Paul Catanese    pcatanese@mcguirewoods.com, docket@mcguirewoods.com
- Paul Catanese    pcatanese@mcguirewoods.com, docket@mcguirewoods.com
- Francisco Connell    fconnell@chuhak.com, hcummins@chuhak.com
- Catherine A. Cooke    ccooke@rsplaw.com
- Catherine A. Cooke    ccooke@rsplaw.com
- Teresa M Dickinson    tdickinson@statmanharris.com
- Kevin C. Driscoll    kevin.driscoll@btlaw.com, jriazi@btlaw.com;ddotts@btlaw.com
- Travis J Eliason    travis.eliason@quarles.com
- Marc Ira Fenton    mfenton@lplegal.com, cblumka@lplegal.com;ikropiewnicka@lplegal.com
- Richard H Fimoff    rfimoff@rsplaw.com, fb@rsplaw.com
- Chester H. Foster    chf@fosterlegalsvcs.com, dbf@fosterlegalservices.com
- Jeffrey L. Gansberg    jgansberg@muchshelist.com, nsulak@muchshelist.com
- Matthew T. Gensburg    MGensburg@dandgpc.com
- David J. Gold    dgold@perkinscoie.com, jmatamoros@perkinscoie.com,ecf-f3d8ba2b0968@ecf.pacerpro.com;nsaldinger@perkinscoie.com
- James Hausler    james.e.hausler@gmail.com
- David L Hazan    dlhazan@divergrach.com
- Cara M Houck    houck@millercanfield.com, evansc@millercanfield.com
- David A. Kallick    dkallick@bgalawfirm.com
- Alexander D Kerr    akerr@heylroyster.com, soquinn@heylroyster.com,chiecf@heylroyster.com
- Kathryn A Klein    iln@riezmanberger.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- David P Lloyd    courtdocs@davidlloydlaw.com
- Terri M Long    tmlong@tmlong.com, Courts@tmlong.com

- Richard J Mason    rmason@mcguirewoods.com, IL54@ecfcbis.com
- Richard J Mason    rmason@mcguirewoods.com, docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
- Richard J Mason    rmason@mcguirewoods.com, docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
- Timothy S. McFadden    tmcfadden@btlaw.com
- Kenneth A. Michaels    kmichaels@bauch-michaels.com, smohan@bauch-michaels.com
- Monica C O'Brien    gstern1@flash.net
- James M Philbrick    jmphilbrick@att.net
- Ann E Pille    ann.pille@dlapiper.com, apille@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
- John F. Pollick    johnfpollick@gmail.com
- Brian Raynor    braynor@lockelord.com, docket@lockelord.com
- Christina M Riepel    gstern2@flash.net
- Travis Rojakovick    trojakovick@lockelord.com
- Harold Rosen    hrosen@wolinlaw.com, sgarvey@wolinlaw.com
- Carolina Y. Sales    csales@bauch-michaels.com, smohan@bauch-michaels.com
- Michael M Schmahl    mschmahl@pollickschmahl.com, mmsfiling@gmail.com
- William S Schwartz    wschwartz@lplegal.com
- Michael L Sherman    shermlaw1@aol.com
- Shelley Smith    ssmith@belongialaw.com, ssteinhauer@bupdlaw.com
- Patricia K. Smoots    psmoots@mcguirewoods.com
- Patricia K. Smoots    psmoots@mcguirewoods.com
- David F Standa    standa@chapman.com, chicagodocket@lockelord.com;kkwell@lockelord.com;ttill@lockelord.com;kmorehouse@lockelord.com
- Gregory K Stern    gstern1@flash.net, steve_horvath@ilnb.uscourts.gov
- Gregory K Stern    gstern1@flash.net, steve_horvath@ilnb.uscourts.gov
- Kathleen A Stetsko    kstetsko@perkinscoie.com, docketchi@perkinscoie.com
- Elizabeth B Vandesteeg    evandesteeg@sugarfgh.com, bkdocket@sugarfgh.com
- Bruce E de'Medici    bdemedici@gmail.com

## **SERVICE LIST**

Patrick S. Layng,
United States Trustee
219 South Dearborn Street, Suite 873
Chicago, Illinois 60604

Peter A. Clark.
Kevin C. Driscoll, Jr.,
Timothy S. McFadden
Barnes & Thornburg, LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606

Lisa Updike
Barnes & Thornburg LLP
600 One Summit Square
Fort Wayne, IN 46802-3119

David A. Kallick
Alexander D. Kerr, Jr.
Tishler & Wald, Ltd.
200 South Wacker Drive, Suite 3000
Chicago, Illinois 60606

Michael T. Benz
David T. Standa
Chapman & Cutler, LLP
111 West Monroe Street
Chicago, IL 60603-4080

Courtney E. Barr
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, Illinois 60606

Francis X. Buckley, Jr.
Thompson Coburn LLP
55 East Monroe, 37th Floor
Chicago, Illinois 60603

Faye B. Feinstein
Lauren N. Nachinson
Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000
Chicago, Illinois 60654

Ashley L. Varterasian
John A. Benson, Jr.
Belongia, Shapiro & Franklin, LLP
20 South Clark Street, Suite 300
Chicago, Illinois 60603

Jeffrey L. Gansberg
Much Shelist, et.al.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606

William S. Schwartz
Elizabeth B Vandesteeg
Levenfeld Pearlstein, LLC
2 N. LaSalle St., Suite 1300
Chicago, IL 60602

Kathleen A. Stetsko
Bates M. Larson
Perkins Coi LLP
131 South Dearborn, Suite 1700
Chicago, Illinois 60603

Kathryn A. Klein
Riezman Berger, P.C.
7700 Bonhomme, 7th Floor
St. Louis, Missouri 63105

Vincent T. Borst
Richard H. Fimoff
Catherine A. Cooke
Robbins, Salomon & Pratt, Ltd.
25 E. Washington Street, Suite 1000
Chicago, IL 60602

Cara M. Houck
Miller, Canfield, Paddock and Stone, P.L.C.
222 West Washington Street, Suite 2600
Chicago, Illinois 60606

Ann E. Pille
Reed Smith LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606

Richard H. Porter
Gonzalez Saggio & Harlan LLP
111 E. Wisconsin Avenue, Suite 1000
Milwaukee, Wisconsin 53202

Michael L. Sherman
120 South LaSalle Street, Suite 1460
Chicago, Illinois 60603

Matthew T. Gensburg
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601

Paul M. Bauch
Carolina Y. Sales
Kenneth A. Michaels, Jr.
Luke J. Hinkle
Bauch & Michaels, LLC
53 West Jackson, Suite 1115
Chicago, Illinois 60604

James B. Gottlieb
Chuhak & Tecson, P.C.
30 South Wacker Drive, Suite 2600
Chicago, Illinois 60606-7413

Law Office of Terri M. Long
18201 Morris Avenue
Homewood, IL 60430

James M. Philbrick
Law Offices of James M. Philbrick, P.C.
P. O. Box 351
Mundelein, IL 60060

Alan K. Mills
Barnes & Thornburg LLP
11 S Meridian Street
Indianapolis, IN 46204-3535

David L. Hazan
Diver, Grach, Quade & Masini LLP
111 North County Street
Waukegan, IL 60085

David P. Lloyd
Grochocinski, Grochocinski & Lloyd
1900 Ravinia Place
Orland Park, IL 60462

Steven Meyer
Oppenheimer Wolf & Donnelly LLP
45 South Seventh Street
Minneapolis, MN 55402

Francisco Connell
Chuhak & Tecson, P.C.
30 S. Wacker Dr., Suite 2600
Chicago, IL 60606

Teresa M. Dickinson
Marc I. Fenton
Statman Harris & Eyrich, LLC
200 West Madison Street, Suite 3820
Chicago, Illinois 60606

Richard J. Klarchek
875 North Michigan Avenue, Suite 3800
Chicago, Illinois 60611

1st Source Bank
P.O. Box 783
South Bend, IN 46624

ACE USA
Dept. CH 14089
Palatine, IL 60055

Ally Financial
P.O. Box 130424
Roseville, MN 55113

American Express
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Chase
P.O. Box 15145
Wilmington, DE 19850

Chicago Title Insurance Company
171 North Clark Street, Suite 575
Chicago, IL 60601-3294

Citibank S.D., NA
Attn: Centralized Bankruptcy
P.O. Box 20507
Kansas City, MO 64195

Cole Meisel Forman & Leonard, P.A.
Court Plaza North
Hackensack, NJ 07601

Cook County Treasurer's Office
Legal Department
118 North Clark Street, Room 112
Chicago, Illinois 60602

DSNB Bloomingdale's
Bloomingdale's Bankruptcy
P.O. Box 8053
Mason, OH 45040

Fifth Third Bank
1701 Golf Road – Tower Road
Rolling Meadows, Illinois 60008

Gilson Labus & Silverman, LLC
223 W. Jackson Blvd., #750
Chicago, IL 60606

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

J.E. Robert Company, Inc.
c/o Ken Krejca
18W140 Butterfield Road, Suite 960
Oak Brook Terrace, Illinois 60181

John A. Tarantino, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Keenan Marine Insurance
505 White Plains Road, Suite 108
Tarrytown, NY 10591

Kubota Credit Corporation
P.O. Box 829009
Dallas, Texas 75382-9009

Mercedes-Benz Financial
36455 Corporate Dr
Farmington Hills, MI 48331

Michael P. O'Hara, Esq.
Barrett & McNagny
215 East Berry Street
Fort Wayne, IN 46802

Oxford Bank and Trust
1111 West 22nd Street
Suite 800
Oak Brook, Illinois 60523

R. Steven Hearn
Office of the Prosecuting Attorney
121 North Lake Street
Warsaw, IN 46580

Spurlino Materials
4000 Oxford State Road
Middleton, Ohio 45044

UBS Real Estate Investments Inc.
1285 Avenue of the Americas, 11th Floor
New York, NY 10019

Village Bank & Trust, as successor by
merger with First Northwest Bank
234 Northwest Highway
Arlington Heights, IL 60004

Village of Glenview
c/o Eric G. Patt, Esq.
Robbins Solomon & Patt, Ltd.
2222 Chestnut Ave., #101
Glenview, IL 60025

Weiger Family Living Trust 6
c/o Daniel S. Kaplan, PC
Law Offices of Daniel S. Kaplan PC
542 S. Dearborn St., Suite 900
Chicago, IL 60605

Wells Fargo Bank, NA
c/o Dennis G. Bonucchi, Esq.
840 West Long Lake Road, Suite 200
Troy, MI 48098

Wisconsin Department of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, Wisconsin 53708-8901

Wolin Kelter & Rosen, Ltd.
55 W. Monroe, Suite 3600
Chicago, IL 60603

Gregory K. Stern
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois  60604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **RICHARD J. KLARCHEK,** | ) | Case No. 10-44866 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | |
| | ) | Hearing Date:  December 13, 2016 |
| | ) | Hearing Time:  10:00 a.m. |

**COVER SHEET FOR THE SIXTH AND FINAL APPLICATION FOR
PROFESSIONAL COMPENSATION FOR HORWICH COLEMAN LEVIN, LLC**

Name of Applicant:                                                Horwich Coleman Levin, LLC

Authorized to Provide Professional Services to:   Richard J. Mason, Ch.7 Trustee

Date of Retention Order:                                         July 25, 2012, effective as of July 16, 2012

Period for which Compensation is Sought:         From December 1, 2015 through September 15, 2016 and estimated services for the final tax return.

Amount of Fees Sought:                                        $7,219.50

Amount of Expense Reimbursement Sought:     $0.00

This is an:             Interim Application:  __        Final Application  __**X**__

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Fees and Expenses Requested | Total Fees and Expenses Allowed |
|---|---|---|---|
| **November 21, 2012 [Docket No. 564]** | 6/26/12 – 10/30/12 | **Fees: $28,153.00 Expenses: $8.10** | **Fees: $28,153.00 Expenses: $8.10 [Docket No. 570]** |
| **November 27, 2013** | 11/1/12 – 10/31/13 | **Fees: $30,854.00** | **Fees: $30,854.00** |

| | | | |
|---|---|---|---|
| **[Docket No. 625]** | | **Expenses: $8.10** | **Expenses: $8.10 [Docket No. 632]** |
| **August 7, 2014 [Docket No. 665] and Sept. 16, 2014 [Dock. No. 679]** | 11/1/13 – 4/15/14 | **Flat Fee: $5,000.00** | **Fee: $5,000.00 [Docket No. 680]** |
| **August 12, 2015 [Docket No. 712]** | 4/16/14 – 4/30/15 | **$4,627.00** | **Fee: $4,025.00 [Docket No. 713]** |
| **February 10, 2016 [Docket No. 725]** | 5/1/15 – 11/30/15 | **$3,847.50** | **Fee: $3,839.50** |

State the aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: **$71,887.70**.

Dated: November 21, 2016          **Richard J. Mason, Chapter 7 Trustee**


                                  By:     /s/ *Patricia K. Smoots*
                                       *One of his Attorneys*

Richard J. Mason, P.C.
Patricia K. Smoots
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-9100

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **RICHARD J. KLARCHEK,** | ) | Case No. 10-44866 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | |
| | ) | Hearing Date: December 13, 2016 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

**SIXTH AND FINAL APPLICATION OF HORWICH COLEMAN LEVIN, LLC
FOR ALLOWANCE AND PAYMENT OF
<u>PROFESSIONAL COMPENSATION AS ACCOUNTANTS TO THE TRUSTEE</u>**

Richard J. Mason, not individually, but solely as the Chapter 7 trustee ("Trustee") of the bankruptcy estate (the "Estate") for the above-captioned debtor ("Debtor"), submits this Sixth and Final Application (the "Application") of Horwich Coleman Levin, LLC ("HCL") for Allowance and Payment of Professional Compensation as Accountants to the Trustee in connection with professional services provided by HCL for advising the Trustee on tax and tax-related issues and completing the estate's 2015 (and anticipated 2016) federal and state tax return and requests the entry of an order allowing and authorizing (but not directing) payment of compensation (the "Compensation") in the amount of $7,219.50 and, in support thereof, respectfully states as follows:

**Jurisdiction and Venue**

1. This is a core matter pursuant to 28 U.S.C. § 157(b)(2)(A).

2. The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157(b)(2) and 1334.

3. Venue of this Case is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

4. On or about October 6, 2010 ("Petition Date"), the Debtor commenced this bankruptcy case by filing a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Code").

5. On or about March 30, 2012, MB Financial Bank, N.A. filed a Motion for Entry of an Order Converting the Debtor's Chapter 11 Case to Chapter 7 **[Docket 467]**.

6. On or about May 1, 2012, ("Conversion Date"), the Court entered an order **[Docket No. 502]** converting the Debtor's case to one under Chapter 7 of the Code. Shortly thereafter, Richard J. Mason was appointed trustee.

7. On July 25, 2012, the Court entered an order authorizing the Trustee to retain HCL as accountants to the Trustee, effective as of July 16, 2012 **[Docket No. 530]**.

8. On August 15, 2012, the Court entered an order authorizing, among other things, the payment of a retainer to HCL in the amount of $10,000.00 (the "Retainer") to HCL **[Docket No. 533]**.

9. The Trustee is currently holding cash totaling approximately $342,421.96. If authorized, payment of the fees and expenses requested herein would be made from those funds.

10. On November 21, 2012, the Trustee filed the First Application for Compensation and Reimbursement of Expenses for HCL **[Docket No. 564]**.

11. On December 12, 2012, the Court entered an order awarding compensation to HCL in the amount of $28,153.00 and expense reimbursement in the amount of $8.10 **[Docket No. 570]**. This order authorized HCL to fully draw down on its retainer.

12. On November 27, 2013, the Trustee filed the Second Application for Compensation and Reimbursement of Expenses for HCL **[Docket No. 625]**.

2

13. On December 18, 2012, the Court entered an order awarding to HCL compensation in the amount of $30,854.00 and expense reimbursement in the amount of $8.10 **[Docket No. 632]**.

14. On August 7, 2014, the Trustee filed the Third Application for Compensation and Reimbursement of Expenses for HCL **[Docket No. 665]**. The Trustee filed a Supplement to that Application on September 16, 2014. **[Docket No. 679].**

15. On September 24, 2014, the Court entered an order awarding compensation to HCL in the amount of $5,000.00 **[Docket No. 680]**.

16. On August 12, 2015, the Trustee filed the Fourth Application for Compensation and Reimbursement of Expenses for HCL **[Docket No. 712]**.

17. On September 2, 2015, the Court entered an order awarding compensation to HCL in the amount of $4,025.00 **[Docket No. 713]**.

18. On February 10, 2016, the Trustee filed the Fifth Application for Compensation for HCL **[Docket No. 725]**.

19. On March 2, 2016, the Court entered an order awarding compensation to HCL in the amount of $3,839.50 **[Docket No. 730].**

## **Relief Requested**

20. Through this Application, the Trustee seeks the entry of an order, pursuant to sections 330 and 331 of the Bankruptcy Code, approving and authorizing payment to HCL of the Compensation in the amount of $7,219.50, consisting of $3,719.50 for the services already provided and described in the attached invoices ("Current Compensation"), and an additional $3,500.00 agreed upon by the Trustee and HCL to prepare the final estate tax return (the "2016 Return Fee"). Invoices reflecting the services provided by HCL, including all fees charged for the Current Compensation are attached hereto as **Group Exhibit A**.

3

21.     This is HCL's Sixth and Final Application for Compensation and Expense Reimbursement.

**Background**

22.     This case has posed many complex challenges for the Trustee.  In the several years preceding the Petition Date, the Debtor owned and/or managed, directly or indirectly, numerous mobile home parks and related businesses valued at times at hundreds of millions of dollars as well as other complex commercial real estate projects also worth millions of dollars.

23.     By January 2009, the Debtor, through a wholly-owned company known as Capital First Realty, Inc., managed more than twelve entities, each holding title to a mobile home park (collectively, the "Mobile Home Park Entities").  The Mobile Home Park Entities were then owned, in whole or in part, by a trust previously created by the Debtor for the benefit of family members (the "Family Trust").

24.     By January 2009, the Debtor and his related real estate entities were facing severe financial distress.  As a result of this continuing financial stress, in or about May 2010, one of the Mobile Home Park Entities filed for bankruptcy.  Within the next several months, many of the other Mobile Home Park Entities filed for bankruptcy and/or were facing foreclosure proceedings.

25.     Soon thereafter, on the Petition Date, the Debtor filed his petition for relief under Chapter 11 of the Code.  After the Debtor was unsuccessful in his Chapter 11 reorganization, the Debtor's case was converted to Chapter 7.

26.     During previous compensation period's HCL's activities focused on examining and researching the potential tax liabilities to the Estate, analyzing the previous tax returns filed during the Debtor's chapter 11 case and the implications of the tax position taken on those returns and

preparing certain tax returns for the bankruptcy estate. Specifically, HCL i) reviewed the previous tax returns filed by the Debtor; ii) advised the Trustee with respect to all aspects on the potential tax liabilities of the Estate; iii) advised the Trustee with respect to the tax implications of abandonment of certain interests of the Estate in certain limited liability companies, corporations, and partnerships; iv) reviewed the relevant authority on the Debtor's election with respect to use of certain losses and the implication of the same; v) prepared the Estate's 2012 and 2013 tax returns and substantially prepared the 2014 tax returns; vi) conferred with the Debtor's tax account with respect to the Debtor's treatment of certain tax issues during the chapter 11 case.

### **Applicant's Activities In Connection with this Sixth and Final Application**

27.     During the Compensation Period, HCL's activities were primarily focused on obtaining information from, and providing advice to the Trustee in connection with the preparation and finalization of the Estate's 2015 federal and state income tax returns, and the preparation, review, finalization and submission of those tax returns. In addition, however, HCL conferred from time to time during the Compensation Period with the Trustee's counsel at McGuireWoods to discuss the tax implications of the Trustee's proposed settlement with the Debtor's accountant.

28.     The Court authorized the retention of HCL to provide services to the Trustee, including preparing the estate's tax returns. *See* Retention Order, Docket No. 530. The Retention Order contemplated that HCL's services provided to the Trustee would include not only preparing the estate's tax returns, but would also include other services such as tax consulting and analyzing the Debtor's affairs from an accounting perspective.

29.     All services performed by HCL for which compensation is being sought were performed for and on behalf of the Trustee.

30. This Application has been prepared with the intention of complying with the applicable standards set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and Local Rule of Bankruptcy Procedure 5082-1.

31. On retention, HCL verified that none of the payments received by HCL will be shared with any other party, and that these payments are not subject to a sharing arrangement between HCL and any third party.

32. All of the services summarized above were reasonably necessary in order that the interest of the estate and its creditors be adequately represented, protected and defended and to maximize the recovery to the estate and its creditors.

33. In order to facilitate the closing of the bankruptcy estate, the Trustee has negotiated with HCL the 2016 Return Fee of $3,500 to prepare the estate's final (2016) tax return. The 2016 Return Fee is commensurate with the amounts charged by HCL for the 2015 federal and state tax returns, as it is anticipated that a similar amount of preparation will be necessary to conclude the 2016 federal and state tax returns. The Trustee believes the 2016 Return Fee is a fair and reasonable amount for the services HCL has committed to provide.

## Notice

34. Sections 330 and 331 of the Bankruptcy Code require notice and a hearing before any action on this Application. In compliance with these sections and Federal Rule of Bankruptcy Procedure 2002, the Trustee has mailed a copy of this Application and Notice of the hearing on all parties on the service list in this bankruptcy case.

WHEREFORE, the Trustee prays this Court enter an order allowing HCL's Current Compensation of $3,719.50 as payment for accounting services provided to the Trustee for the Compensation Period and to allow HCL's additional 2016 Return Fee of $3,500.00 for preparation

of the estate's final federal and state tax returns, for a total compensation of $7,219.50, and further authorizing the Trustee to immediately pay to HCL from the assets of the estate the amount of $7,219.50.

Dated: November 21, 2016

                                                    /s/ *Patricia K. Smoots*
                                                    *One of the Attorneys for the Trustee*

Richard J. Mason, P.C.
Patricia K. Smoots
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-8100