## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **RICHARD J. KLARCHEK,** | ) | Case No. 10-44866 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | |
| | ) | Hearing Date: December 19, 2016 |
| | ) | Hearing Time: 10:00 a.m. |

### NOTICE OF HEARING ON TRUSTEE'S FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION

To:   See Attached Service List

Please take notice that, on December 15, 2016, the undersigned filed the attached **Trustee's Final Application for Allowance and Payment of Compensation (the "Trustee's Application")**. The Trustee seeks $72,350.57 in compensation, pursuant to 11 U.S.C. §326.

A hearing (the "Hearing") will be held on the Trustee's Application on **December 19, 2016**, at the hour of **10:00 a.m.** before the Honorable Timothy A. Barnes, United States Bankruptcy Judge (or any judge who may be sitting in his stead) in Courtroom 744 of the Bankruptcy Court located at 219 South Dearborn Street, Chicago, Illinois, at which time you may appear and present any objections to the Trustee's Application.

If you do not object, the Court may grant the relief requested.

By:   /s/ Patricia K. Smoots

Richard J. Mason, P.C. (ARDC #01787659)
Patricia K. Smoots (ARDC #06194076)
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, IL  60601-1815
(312) 849-8100
*Counsel to Richard J. Mason, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that she caused copies of the foregoing **NOTICE OF FIRST AND FINAL APPLICATION OF THE TRUSTEE FOR ALLOWANCE AND PAYMENT OF COMPENSATION (the "Trustee's Application")** together with the Trustee's Application, to be served on this 15th day of December, 2016 by filing the same via the Court's electronic filing system to be served on all parties who have consented to receipt of such service.

                                   /s/ Patricia K. Smoots
                                   Patricia K. Smoots

# Mailing Information for Case 10-44866

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Courtney E Barr    cbarr@lockelord.com, chicagodocket@lockelord.com;;pwilliams@lockelord.com
- Paul M Bauch    pbauch@bauch-michaels.com, smohan@bauch-michaels.com
- Mark D Belongia    mbelongia@duanemorris.com, marsha.sullivan@duanemorris.com
- John A Benson    jbenson@tetzlafflegal.com, dwolski@tetzlafflegal.com;nwolf@tetzlafflegal.com
- Michael T. Benz    benz@chapman.com, eickmann@chapman.com
- Lauren N. Beslow    Lauren.Beslow@quarles.com
- Vincent T Borst    vborst@rsplaw.com
- Vincent T Borst    vborst@rsplaw.com
- Francis X Buckley    fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com
- Paul Catanese    pcatanese@mcguirewoods.com, docket@mcguirewoods.com
- Paul Catanese    pcatanese@mcguirewoods.com, docket@mcguirewoods.com
- Francisco Connell    fconnell@chuhak.com, hcummins@chuhak.com
- Catherine A. Cooke    ccooke@rsplaw.com
- Catherine A. Cooke    ccooke@rsplaw.com
- Teresa M Dickinson    tdickinson@statmanharris.com
- Kevin C. Driscoll    kevin.driscoll@btlaw.com, jriazi@btlaw.com;ddotts@btlaw.com
- Travis J Eliason    travis.eliason@quarles.com
- Marc Ira Fenton    mfenton@lplegal.com, cblumka@lplegal.com;ikropiewnicka@lplegal.com
- Richard H Fimoff    rfimoff@rsplaw.com, fb@rsplaw.com
- Chester H. Foster    chf@fosterlegalsvcs.com, dbf@fosterlegalservices.com
- Jeffrey L. Gansberg    jgansberg@muchshelist.com, nsulak@muchshelist.com
- Matthew T. Gensburg    MGensburg@dandgpc.com
- David J. Gold    dgold@perkinscoie.com, jmatamoros@perkinscoie.com,ecf-f3d8ba2b0968@ecf.pacerpro.com;nsaldinger@perkinscoie.com
- James Hausler    james.e.hausler@gmail.com
- David L Hazan    dlhazan@divergrach.com
- Cara M Houck    houck@millercanfield.com, evansc@millercanfield.com
- David A. Kallick    dkallick@bgalawfirm.com
- Alexander D Kerr    akerr@heylroyster.com, soquinn@heylroyster.com,chiecf@heylroyster.com
- Kathryn A Klein    iln@riezmanberger.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- David P Lloyd    courtdocs@davidlloydlaw.com
- Terri M Long    tmlong@tmlong.com, Courts@tmlong.com
- Richard J Mason    rmason@mcguirewoods.com, IL54@ecfcbis.com

- Richard J Mason    rmason@mcguirewoods.com, docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
- Richard J Mason    rmason@mcguirewoods.com, docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
- Timothy S. McFadden    tmcfadden@btlaw.com
- Kenneth A. Michaels    kmichaels@bauch-michaels.com, smohan@bauch-michaels.com
- Monica C O'Brien    gstern1@flash.net
- James M Philbrick    jmphilbrick@att.net
- Ann E Pille    ann.pille@dlapiper.com, apille@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
- John F. Pollick    johnfpollick@gmail.com
- Brian Raynor    braynor@lockelord.com, docket@lockelord.com
- Christina M Riepel    gstern2@flash.net
- Travis Rojakovick    trojakovick@lockelord.com
- Harold Rosen    hrosen@wolinlaw.com, sgarvey@wolinlaw.com
- Carolina Y. Sales    csales@bauch-michaels.com, smohan@bauch-michaels.com
- Michael M Schmahl    mschmahl@pollickschmahl.com, mmsfiling@gmail.com
- William S Schwartz    wschwartz@lplegal.com
- Michael L Sherman    shermlaw1@aol.com
- Shelley Smith    ssmith@belongialaw.com, ssteinhauer@bupdlaw.com
- Patricia K. Smoots    psmoots@mcguirewoods.com
- Patricia K. Smoots    psmoots@mcguirewoods.com
- David F Standa    standa@chapman.com, chicagodocket@lockelord.com;kkwell@lockelord.com;ttill@lockelord.com;kmorehouse@lockelord.com
- Gregory K Stern    gstern1@flash.net, steve_horvath@ilnb.uscourts.gov
- Gregory K Stern    gstern1@flash.net, steve_horvath@ilnb.uscourts.gov
- Kathleen A Stetsko    kstetsko@perkinscoie.com, docketchi@perkinscoie.com
- Elizabeth B Vandesteeg    evandesteeg@sugarfgh.com, bkdocket@sugarfgh.com
- Bruce E de'Medici    bdemedici@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **RICHARD J. KLARCHEK,** | ) | Case No. 10-44866 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | |
| | ) | Hearing Date:  December 19, 2016 |
| | ) | Hearing Time:  10:00 a.m. |

**COVER SHEET FOR TRUSTEE'S FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Name of Applicant:                                            Richard J. Mason, Trustee

Authorized to Provide Professional Services to:      Bankruptcy Estate of Richard Klarchek

Date of Letter of Appointment:                              May 1, 2012

Period for which Compensation is sought:             May 1, 2012 through
                                                                              Closing of Case

Amount of Compensation Sought:                         $    72,350.57

Amount of Expense Reimbursement Sought:         $0.00

This is an:                    Interim Application:            Final Application  X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:                N/A

Dated: December 15, 2016               Applicant:      /s/ Richard J. Mason
                                                                        Richard J. Mason, trustee


Richard J. Mason, P.C. (ARDC #01787659)
Patricia K. Smoots (ARDC #06194076)
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-9100

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| KLARCHEK, RICHARD J | ) | CASE NO. 10-44866 BAT |
| | ) | |
| | ) | JUDGE TIMOTHY A. BARNES |
| | ) | |
| Debtor(s) | | |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES AND REQUEST TO SHORTEN AND LIMIT NOTICE**

TO:   THE HONORABLE TIMOTHY A. BARNES,
      BANKRUPTCY JUDGE

NOW COMES RICHARD J. MASON, Trustee herein, pursuant to 11 U.S.C. §330, and requests $72,350.57 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $1,636,685.68. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $         1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $         4,500.00 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $        47,500.00 | ($47,500.00 max.) |
| 3% of balance | $        19,100.57 | |
| | | |
| TOTAL COMPENSATION | $        72,350.57 | |

II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                               $                 0.00

### III. REQUEST TO SHORTEN AND LIMIT NOTICE

The Trustee further requests that Notice be shortened, for good cause shown, pursuant to Rule 9006(c). The Trustee seeks to conclude and complete all administrative payments by year end 2016 to allow receipt of payment this calendar year. Because the Court will not be sitting during the last two weeks of the year, with the exception of the above-scheduled hearing on December 19, 2016 at 10:00 a.m., the Trustee proposes to reduce the notice period to three days, noting that the Trustee's Final Report, which has been approved by the Office of the United States Trustee and filed by it with the Court, will be heard on 21 days' notice, pursuant to normal procedures.

The Trustee also proposes to limit notice to those persons who receive electronic notice through the Court's ECF system. Many of the major creditors in the case receive service through counsel through the Court's ECF system.

The calculation of the Trustee's fee is in strict accordance with the formula set forth in 11 U.S.C. §326.

WHEREFORE, the Trustee respectfully requests this Court enter an order approving his Application, allowing him Compensation in the amount of $72,350.57, approving the form and manner of reduced and limited notice provided herein, authorizing immediate payment of his Compensation from the bankruptcy estate; and granting such further relief as the Court deems just and appropriate.

Dated: December 15, 2016.

*Richard J. Mason*
RICHARD J. MASON, Trustee
McGuire Woods LLP
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815

<u>Certification</u>

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Certified this 15th day of December, 2016.

*Richard J. Mason*
RICHARD J. MASON, Trustee
McGuire Woods LLP
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
