# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: KLARCHEK, RICHARD J                    §   Case No. 10-44866
                                              §
                                              §
                                              §
Debtor(s)                                     §

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
RICHARD J. MASON                , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   Office of Court Clerk
   U.S. Bankruptcy Court
   219 S Dearborn
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.

   A hearing on the fee applications and any objection to the Final Report will be held at
10:30am on 01/17/2017 in Courtroom 744, United States Courthouse, 219 S Dearborn, Chicago,
IL 60604.

   If no objections are filed, upon entry of an order on the fee applications, the trustee may
pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  12/14/2016            By:  /s/ Richard J. Mason
                                                                            Trustee, Bar No.:

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KLARCHEK, RICHARD J          § Case No. 10-44866
                                    §
                                    §
Debtor(s)                           §

**SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 1,636,685.68 |
| *and approved disbursements of* | $ 1,294,263.72 |
| *leaving a balance on hand of* [1] | $ 342,421.96 |
| **Balance on hand:** | $ 342,421.96 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Ally Financial Inc. f/k/a GMAC Inc. | 16,943.11 | 0.00 | 0.00 | 0.00 |
| 4 | DCFS USA, L.L.C. | 17,425.12 | 0.00 | 0.00 | 0.00 |
| 21 | Bank of America | 9,826,000.00 | 0.00 | 0.00 | 0.00 |
| 23 | Bank of America, N.A. | 4,799,115.23 | 0.00 | 0.00 | 0.00 |
| 43 | Cook County Treasurer's Office | 102,374.26 | 0.00 | 0.00 | 0.00 |
| 47 | State of Wisconsin | 4,311.15 | 4,311.15 | 0.00 | 4,311.15 |

Total to be paid to secured creditors: **$ 4,311.15**
Remaining balance: $ 338,110.81

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 72,350.57 | 0.00 | 72,350.57 |
| Attorney for Trustee, Fees - McGuireWoods LLP | 1,110,132.53 | 1,032,006.53 | 78,126.00 |
| Attorney for Trustee, Expenses - McGuireWoods LLP | 23,192.49 | 22,822.98 | 369.51 |
| Accountant for Trustee, Fees - Horwich Coleman Levin, LLC (Retainer: $10,000.00) | 79,099.10 | 71,879.60 | 7,219.50 |
| Accountant for Trustee, Expenses - Horwich Coleman Levin, LLC | 8.10 | 8.10 | 0.00 |
| Fees, United States Trustee | 3,325.00 | 0.00 | 3,325.00 |
| Other Fees: John F. Pollick | 107,800.00 | 107,800.00 | 0.00 |
| Other Fees: Kevin Maloney and Maloney Appraisal Company, Inc. | 900.00 | 900.00 | 0.00 |
| Other Fees: Michael M. Schmahl - Pollick & Schmahl, LLC | 20,000.00 | 20,000.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $   161,390.58
Remaining balance:   $   176,720.23

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   176,720.23

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $33,280.43 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P-4 | Department of the Treasury | 4,144.39 | 0.00 | 4,144.39 |
| 38P | Illinois Department of Revenue | 12,534.35 | 0.00 | 12,534.35 |
| 39P-2 | Illinois Department of Revenue | 13,067.89 | 0.00 | 13,067.89 |
| 42P | Wisconsin Department of Revenue | 0.00 | 0.00 | 0.00 |
| 44P | Department of the Treasury | 3,533.80 | 0.00 | 3,533.80 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  | Total to be paid for priority claims: | $ | 33,280.43 |
|---|---|---|---|---|
|  |  | Remaining balance: | $ | 143,439.80 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 138,960,960.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Dunnico Inc | 149,854.80 | 0.00 | 154.69 |
| 3 | Department Stores National Bank/Bloomingdales | 2,956.73 | 0.00 | 3.06 |
| 6 | NorStates Bank | 40,103.24 | 0.00 | 41.41 |
| 7 | NorStates Bank | 214,979.62 | 0.00 | 221.92 |
| 8 | NorStates Bank | 9,494.66 | 0.00 | 9.81 |
| 9 | NorStates Bank | 274,945.16 | 0.00 | 283.82 |
| 10 | Chase Bank USA, N.A. | 20,157.31 | 0.00 | 20.82 |
| 11 | Kubota Credit Corporation | 0.00 | 0.00 | 0.00 |
| 12 -2 | Delaware Place Bank | 5,840,840.71 | 0.00 | 6,029.10 |
| 13 | American Express Bank, FSB | 5,320.74 | 0.00 | 5.50 |
| 14 | American Express Centurion Bank | 24,235.84 | 0.00 | 25.03 |
| 15 | Fifth Third Bank | 889,193.54 | 0.00 | 917.86 |
| 16 -3 | Jefferson-Pilot Investements, Inc. | 20,711,575.50 | 0.00 | 21,379.11 |
| 17 -2 | The PrivateBank & Trust Co. | 2,639,277.31 | 0.00 | 2,724.34 |
| 18 | The Northern Trust Co. | 2,324,988.08 | 0.00 | 2,399.92 |
| 19 | SPURLINO MATERIALS | 12,216.90 | 0.00 | 12.61 |
| 20 | Bank of America, N.A., as successor by merger to c | 0.00 | 0.00 | 0.00 |
| 22 | Capmark Finance, Inc. | 0.00 | 0.00 | 0.00 |
| 24 | 1st Source Bank | 6,869,605.17 | 0.00 | 7,091.01 |
| 25 | U.S. Bank, National Association, As Trustee | 0.00 | 0.00 | 0.00 |
| 26 | Michelle Klarchek | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount | Interim Payments | Proposed Payment |
|---|---|---|---|---|
| 27 -3 | U.S. Bank, National Association, as Trustee | 7,954,158.00 | 0.00 | 8,210.52 |
| 28 | Wells Fargo Bank, N.A. | 7,149,966.49 | 0.00 | 7,380.41 |
| 29 | Wells Fargo Bank, N.A. | 343,341.42 | 0.00 | 354.41 |
| 30 -2 | Wells Fargo Bank, N.A., as Trustee | 41,235,049.95 | 0.00 | 42,564.06 |
| 31 | Suburban Bank & Trust Company | 1,858,338.33 | 0.00 | 1,918.23 |
| 32 | Textron Financial Corporation | 500,000.00 | 0.00 | 516.12 |
| 33 -2 | Suburban Bank & Trust Company | 1,009,390.68 | 0.00 | 1,041.92 |
| 34 -2 | MB Financial Bank | 11,183,617.99 | 0.00 | 11,544.07 |
| 35 | First Chicago Bank & Trust | 4,045,500.00 | 0.00 | 4,175.89 |
| 36 | Illinois Department of Revenue | 1,840.23 | 0.00 | 1.90 |
| 37 -2 | Village Bank & Trust as successor by | 560,435.99 | 0.00 | 578.50 |
| 40 -2 | TCF National Bank | 22,538,363.68 | 0.00 | 23,264.78 |
| 41 | Oxford Bank and Trust | 51,212.59 | 0.00 | 52.86 |
| 45 | Dunnico Inc | 0.00 | 0.00 | 0.00 |
| 46 | Textron Financial Corporation | 500,000.00 | 0.00 | 516.12 |

Total to be paid for timely general unsecured claims: $ 143,439.80
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 12,271.79 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5U-4 | Department of the Treasury | 501.37 | 0.00 | 0.00 |
| 36U | Illinois Department of Revenue | 663.86 | 0.00 | 0.00 |
| 38U | Illinois Department of Revenue | 3,320.36 | 0.00 | 0.00 |
| 39U-2 | Illinois Department of Revenue | 7,665.00 | 0.00 | 0.00 |
| 44U | Department of the Treasury | 121.20 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD J. MASON
Trustee, Bar No.:

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**