**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **RICHARD J. KLARCHEK,** | ) | **Case No. 10-44866** |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | |
| | ) | Hearing Date: January 17, 2017 |
| | ) | Hearing Time:  10:30 a.m. |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, deposes and states that the **NOTICE OF AMENDED FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** was duly served upon the foregoing persons by enclosing a true and correct copy in properly addressed envelopes and causing the same to be deposited in the First Class Mail at 77 West Wacker Drive, Chicago, Illinois on the 16th day of December, 2016.

/s/ Richard J. Mason
Richard J. Mason, Trustee

Richard J. Mason, P.C.
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601-1815
(312) 849-8100

1

# I. Mailing Information for Case 10-44866

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Courtney E Barr    cbarr@lockelord.com, chicagodocket@lockelord.com;;pwilliams@lockelord.com
- Paul M Bauch    pbauch@bauch-michaels.com, smohan@bauch-michaels.com
- Mark D Belongia    mbelongia@duanemorris.com, marsha.sullivan@duanemorris.com
- John A Benson    jbenson@tetzlafflegal.com, dwolski@tetzlafflegal.com;nwolf@tetzlafflegal.com
- Michael T. Benz    benz@chapman.com, eickmann@chapman.com
- Lauren N. Beslow    Lauren.Beslow@quarles.com
- Vincent T Borst    vborst@rsplaw.com
- Vincent T Borst    vborst@rsplaw.com
- Francis X Buckley    fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com
- Paul Catanese    pcatanese@mcguirewoods.com, docket@mcguirewoods.com
- Paul Catanese    pcatanese@mcguirewoods.com, docket@mcguirewoods.com
- Francisco Connell    fconnell@chuhak.com, hcummins@chuhak.com
- Catherine A. Cooke    ccooke@rsplaw.com
- Catherine A. Cooke    ccooke@rsplaw.com
- Teresa M Dickinson    tdickinson@statmanharris.com
- Kevin C. Driscoll    kevin.driscoll@btlaw.com, jriazi@btlaw.com;ddotts@btlaw.com
- Travis J Eliason    travis.eliason@quarles.com
- Marc Ira Fenton    mfenton@lplegal.com, cblumka@lplegal.com;ikropiewnicka@lplegal.com
- Richard H Fimoff    rfimoff@rsplaw.com, fb@rsplaw.com
- Chester H. Foster    chf@fosterlegalsvcs.com, dbf@fosterlegalservices.com
- Jeffrey L. Gansberg    jgansberg@muchshelist.com, nsulak@muchshelist.com
- Matthew T. Gensburg    MGensburg@dandgpc.com
- David J. Gold    dgold@perkinscoie.com, jmatamoros@perkinscoie.com,ecf-f3d8ba2b0968@ecf.pacerpro.com;nsaldinger@perkinscoie.com
- James Hausler    james.e.hausler@gmail.com
- David L Hazan    dlhazan@divergrach.com
- Cara M Houck    houck@millercanfield.com, evansc@millercanfield.com
- David A. Kallick    dkallick@bgalawfirm.com
- Alexander D Kerr    akerr@heylroyster.com, soquinn@heylroyster.com,chiecf@heylroyster.com
- Kathryn A Klein    iln@riezmanberger.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- David P Lloyd    courtdocs@davidlloydlaw.com
- Terri M Long    tmlong@tmlong.com, Courts@tmlong.com

- Richard J Mason   rmason@mcguirewoods.com, IL54@ecfcbis.com
- Richard J Mason   rmason@mcguirewoods.com, docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
- Richard J Mason   rmason@mcguirewoods.com, docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
- Timothy S. McFadden   tmcfadden@btlaw.com
- Kenneth A. Michaels   kmichaels@bauch-michaels.com, smohan@bauch-michaels.com
- Monica C O'Brien   gstern1@flash.net
- James M Philbrick   jmphilbrick@att.net
- Ann E Pille   ann.pille@dlapiper.com, apille@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
- John F. Pollick   johnfpollick@gmail.com
- Brian Raynor   braynor@lockelord.com, docket@lockelord.com
- Christina M Riepel   gstern2@flash.net
- Travis Rojakovick   trojakovick@lockelord.com
- Harold Rosen   hrosen@wolinlaw.com, sgarvey@wolinlaw.com
- Carolina Y. Sales   csales@bauch-michaels.com, smohan@bauch-michaels.com
- Michael M Schmahl   mschmahl@pollickschmahl.com, mmsfiling@gmail.com
- William S Schwartz   wschwartz@lplegal.com
- Michael L Sherman   shermlaw1@aol.com
- Shelley Smith   ssmith@belongialaw.com, ssteinhauer@bupdlaw.com
- Patricia K. Smoots   psmoots@mcguirewoods.com
- Patricia K. Smoots   psmoots@mcguirewoods.com
- David F Standa   standa@chapman.com, chicagodocket@lockelord.com;kkwell@lockelord.com;ttill@lockelord.com;kmorehouse@lockelord.com
- Gregory K Stern   gstern1@flash.net, steve_horvath@ilnb.uscourts.gov
- Gregory K Stern   gstern1@flash.net, steve_horvath@ilnb.uscourts.gov
- Kathleen A Stetsko   kstetsko@perkinscoie.com, docketchi@perkinscoie.com
- Elizabeth B Vandesteeg   evandesteeg@sugarfgh.com, bkdocket@sugarfgh.com
- Bruce E de'Medici   bdemedici@gmail.com

**SERVICE LIST**

Patrick S. Layng,
United States Trustee
219 South Dearborn Street, Suite 873
Chicago, Illinois 60604

Peter A. Clark.
Kevin C. Driscoll, Jr.,
Timothy S. McFadden
Barnes & Thornburg, LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606

Lisa Updike
Barnes & Thornburg LLP
600 One Summit Square
Fort Wayne, IN 46802-3119

David A. Kallick
Alexander D. Kerr, Jr.
Tishler & Wald, Ltd.
200 South Wacker Drive, Suite 3000
Chicago, Illinois 60606

Michael T. Benz
David T. Standa
Chapman & Cutler, LLP
111 West Monroe Street
Chicago, IL 60603-4080

Courtney E. Barr
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, Illinois 60606

Francis X. Buckley, Jr.
Thompson Coburn LLP
55 East Monroe, 37th Floor
Chicago, Illinois 60603

Faye B. Feinstein
Lauren N. Nachinson
Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000
Chicago, Illinois 60654

Ashley L. Varterasian
John A. Benson, Jr.
Belongia, Shapiro & Franklin, LLP
20 South Clark Street, Suite 300
Chicago, Illinois 60603

Jeffrey L. Gansberg
Much Shelist, et.al.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606

William S. Schwartz
Elizabeth B Vandesteeg
Levenfeld Pearlstein, LLC
2 N. LaSalle St., Suite 1300
Chicago, IL 60602

Kathleen A. Stetsko
Bates M. Larson
Perkins Coi LLP
131 South Dearborn, Suite 1700
Chicago, Illinois 60603

Kathryn A. Klein
Riezman Berger, P.C.
7700 Bonhomme, 7th Floor
St. Louis, Missouri 63105

Vincent T. Borst
Richard H. Fimoff
Catherine A. Cooke
Robbins, Salomon & Pratt, Ltd.
25 E. Washington Street, Suite 1000
Chicago, IL 60602

Cara M. Houck
Miller, Canfield, Paddock and Stone, P.L.C.
222 West Washington Street, Suite 2600
Chicago, Illinois 60606

Ann E. Pille
Reed Smith LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606

Richard H. Porter
Gonzalez Saggio & Harlan LLP
111 E. Wisconsin Avenue, Suite 1000
Milwaukee, Wisconsin 53202

Michael L. Sherman
120 South LaSalle Street, Suite 1460
Chicago, Illinois 60603

Matthew T. Gensburg
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601

4

Paul M. Bauch
Carolina Y. Sales
Kenneth A. Michaels, Jr.
Luke J. Hinkle
Bauch & Michaels, LLC
53 West Jackson, Suite 1115
Chicago, Illinois 60604

James B. Gottlieb
Chuhak & Tecson, P.C.
30 South Wacker Drive, Suite 2600
Chicago, Illinois 60606-7413

Law Office of Terri M. Long
18201 Morris Avenue
Homewood, IL 60430

James M. Philbrick
Law Offices of James M. Philbrick, P.C.
P. O. Box 351
Mundelein, IL 60060

Alan K. Mills
Barnes & Thornburg LLP
11 S Meridian Street
Indianapolis, IN 46204-3535

David L. Hazan
Diver, Grach, Quade & Masini LLP
111 North County Street
Waukegan, IL 60085

David P. Lloyd
Grochocinski, Grochocinski & Lloyd
1900 Ravinia Place
Orland Park, IL 60462

Steven Meyer
Oppenheimer Wolf & Donnelly LLP
45 South Seventh Street
Minneapolis, MN 55402

Francisco Connell
Chuhak & Tecson, P.C.
30 S. Wacker Dr., Suite 2600
Chicago, IL 60606

Teresa M. Dickinson
Marc I. Fenton
Statman Harris & Eyrich, LLC
200 West Madison Street, Suite 3820
Chicago, Illinois 60606

Richard J. Klarchek
875 North Michigan Avenue, Suite 3800
Chicago, Illinois 60611

1st Source Bank
P.O. Box 783
South Bend, IN 46624

ACE USA
Dept. CH 14089
Palatine, IL 60055

Ally Financial
P.O. Box 130424
Roseville, MN 55113

American Express
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Chase
P.O. Box 15145
Wilmington, DE 19850

Chicago Title Insurance Company
171 North Clark Street, Suite 575
Chicago, IL 60601-3294

Citibank S.D., NA
Attn: Centralized Bankruptcy
P.O. Box 20507
Kansas City, MO 64195

Cole Meisel Forman & Leonard, P.A.
Court Plaza North
Hackensack, NJ 07601

Cook County Treasurer's Office
Legal Department
118 North Clark Street, Room 112
Chicago, Illinois 60602

DSNB Bloomingdale's
Bloomingdale's Bankruptcy
P.O. Box 8053
Mason, OH 45040

Fifth Third Bank
1701 Golf Road – Tower Road
Rolling Meadows, Illinois 60008

Gilson Labus & Silverman, LLC
223 W. Jackson Blvd., #750
Chicago, IL 60606

5

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

J.E. Robert Company, Inc.
c/o Ken Krejca
18W140 Butterfield Road, Suite 960
Oak Brook Terrace, Illinois 60181

John A. Tarantino, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Keenan Marine Insurance
505 White Plains Road, Suite 108
Tarrytown, NY 10591

Kubota Credit Corporation
P.O. Box 829009
Dallas, Texas 75382-9009

Mercedes-Benz Financial
36455 Corporate Dr
Farmington Hills, MI 48331

Michael P. O'Hara, Esq.
Barrett & McNagny
215 East Berry Street
Fort Wayne, IN 46802

Oxford Bank and Trust
1111 West 22nd Street
Suite 800
Oak Brook, Illinois 60523

R. Steven Hearn
Office of the Prosecuting Attorney
121 North Lake Street
Warsaw, IN 46580

Spurlino Materials
4000 Oxford State Road
Middleton, Ohio 45044

UBS Real Estate Investments Inc.
1285 Avenue of the Americas, 11th Floor
New York, NY 10019

Village Bank & Trust, as successor by
merger with First Northwest Bank
234 Northwest Highway
Arlington Heights, IL 60004

Village of Glenview
c/o Eric G. Patt, Esq.
Robbins Solomon & Patt, Ltd.
2222 Chestnut Ave., #101
Glenview, IL 60025

Weiger Family Living Trust 6
c/o Daniel S. Kaplan, PC
Law Offices of Daniel S. Kaplan PC
542 S. Dearborn St., Suite 900
Chicago, IL 60605

Wells Fargo Bank, NA
c/o Dennis G. Bonucchi, Esq.
840 West Long Lake Road, Suite 200
Troy, MI 48098

Wisconsin Department of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, Wisconsin 53708-8901

Wolin Kelter & Rosen, Ltd.
55 W. Monroe, Suite 3600
Chicago, IL 60603

Gregory K. Stern
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604